EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 430-2019-02317 |

and EEOC
_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jasmine Greene | REDACTED | REDACTED |

| Street Address | City, State and ZIP Code |
|---|---|
| REDACTED | REDACTED |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Charlotte-Mecklenburg Schools | 500+ | 980-343-3000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4420 Denver Ave | Charlotte, NC 28208 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2018    Latest: 6/1/2019
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I: Charlotte-Mecklenburg Schools (CMS) is subjecting me to disparate and discriminatory treatment based on my disability. Specifically, Human Resources is subjecting me to heightened scrutiny regarding my disability and demanded information unrelated to my disability. I requested reasonable accommodations of intermittent leave to attend medical appointments; which was denied. Additionally, following a leave of absence, CMS prevented me from returning to work without receiving unnecessary medical treatment that I do not require. CMS's failure to take corrective action effectively fosters the hostile environment in which I currently work.

Statement of Discrimination: I believe I have been discriminated against because of my disability in violation of the Americans with Disabilities Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

6/25/19   _Jasmine Greene_
Date        Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED DIRECTOR JUN 26 2019 Charlotte District Office

**EXHIBIT A**