## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
## (CONCILIATION FAILURE)

| | |
|---|---|
| To: **Jasmine Greene**<br>**1516 Siegel Ave. #3**<br>**Charlotte, NC 28205** | From: **Charlotte District Office**<br>**129 W. Trade Street**<br>**Suite 400**<br>**Charlotte, NC 28202** |

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **430-2019-02317** | **Nancy L. Chapman,**<br>**Investigator** | **(980) 296-1268** |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*Sandra Little, for*
**Thomas M. Colclough,**
**District Director**

3/5/2021
*(Date Issued)*

CC:
**Tamara Okoli**
**Employee Relations Director**
**CHARLOTTE MECKLENBURG SCHOOLS**
**PO Box 30035**
**Charlotte, NC 28217**

**Joshua Rich**
**SPIELBERGER LAW GROUP**
**4890 W. Kennedy Blvd Suite 950**
**Tampa, FL 33609**

# EXHIBIT C