IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-cv-00263-FDW-DSC

| | |
|---|---|
| JASMINE GREENE<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION<br><br><br>Defendant. | MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, N.C. Gen. Stat. §§115C-319 and 115C-321, and 20 U.S.C. § 1232g and 34 CFR § 99.31, the parties move jointly for the Court to enter the attached proposed Stipulated Protective Order to govern discovery in this matter.

Respectfully submitted this 15th day of October 2021.

| | |
|---|---|
| /s/Kirk Angel Esq. | /s/ Mindy Sanchez, Esq. |
| Kirk Angel | Mindy Sanchez, Esq. (N.C. Bar No. 43444) |
| **The Angel Law Firm** | **Charlotte-Mecklenburg Board of Education** |
| 1036 Branchview Drive | 600 E. Fourth Street, 5th Floor |
| Concord, NC 28025 | Charlotte, NC 28202 |
| kirk@mailalf.com | Telephone: (980) 343-6228 |
| *Counsel for Plaintiff, Jasmine Greene* | Mindyb.sanchez@cms.k12.nc.us |
| | *Counsel for Defendant Charlotte-Mecklenburg Board of Education* |