# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No.: 3:21-CV-00263

| | | |
|---|---|---|
| JASMINE GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF** |
| v. | ) | **MALACY WILLIAMS** |
| | ) | |
| CHARLOTTE-MECKLENBURG BOARD | ) | |
| OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

Malacy Williams, being duly sworn, states:

1. I am over eighteen years old and am under no disability. I have personal knowledge of all matters stated in the Affidavit.

2. I work for the Charlotte-Mecklenburg Board of Education ("CMBOE") as the principal of Westerly Hills Academy ("WHA"). I was the principal at WHA during the entire 2018-2019 school year.

3. For the 2018-2019 school year, the first day of school for students was August 27, 2018 and the last day for students was June 7, 2019.

4. For the 2018-2019 school year, WHA had 173 instructional days for which teachers were required to report.

5. For the 2018-2019 school year, the staff, including teachers, hours were 7:15am to 3:30pm.

6. For the 2018-2019 school year, the school policies and procedures were enumerated in the WHA Staff Handbook ("Staff Handbook"), annexed hereto as Exhibit A.

7. Board Policy GBCAB-R sets forth the policies and procedures for requesting accommodations, annexed hereto as Exhibit B.

8. Board Policy GBEB sets forth employees standard of conduct, annexed hereto as Exhibit C.

9. Board Policy GCCAK sets forth the District's Family and Medical Leave policies and procedures, annexed hereto as Exhibit D.

10. Board Policy GCCAF sets forth the District's Unpaid Leave of Absence policies and procedures, annexed hereto as Exhibit E.

11. Board Policy GCC sets forth the policies regarding time keeping of all employees, annexed hereto as Exhibit F.

12. As principal of WHA, and in accordance with the Charlotte-Mecklenburg Board of Education Board Policies, I am responsible for ensuring and verifying: (1) the accuracy and proper coding of authorized leaves of absence on payroll and other applicable forms; and (2) that the intent of State Board of Education and Charlotte-Mecklenburg Board of Education policies and administrative regulations relating to employee leave is carried out and not abused. (See CMBOE Policy GBEB.)

13. As principal of WHA, I was Plaintiff Jasmine Greene's (hereinafter "Plaintiff") supervisor.

14. As principal of WHA, I approved Plaintiff's every half day and full day of leave that she had requested during the 2018-2019 school year, whether scheduled or unexpected. There was not a single request for leave by Plaintiff that I did not approve.

15. More specifically, Plaintiff requested, and I approved the following days:

    a.  September 11, 2018 half day sick leave;

    b.  September 26, 2018, full day sick leave;

    c.  October 1, 2018, full day sick leave;

    d.  October 8, 2018, half day personal leave;

    e.  October 16, 2018, full day sick leave;

    f.  October 26, 2018, full day sick leave;

    g.  November 2, 2018, half day personal leave;

    h.  November 7, 2018, half day personal leave;

    i.  November 20, 2018, half day personal leave;

    j.  December 4, 2018, half day personal leave;

    k.  December 7, 2018, half day personal leave;

    l.  December 18, 2018, full day personal leave;

m. January 4, 2019 through February 4, 2019, for a total of 20 instructional days, full day non-FMLA medical leave;

n. February 14, 2019, half day sick leave;

o. February 21, 2019, half day sick leave;

p. February 28, 2019, half day sick leave;

q. March 7, 2019, half day sick leave;

r. March 12, 2019, half day sick leave;

s. March 19, 2019, half day sick leave;

t. March 22, 2019, full day sick leave;

u. March 26, 2019, half day sick leave;

v. March 28, 2019, full day sick leave;

w. March 29, 2019, full day sick leave;

x. April 1, 2019, full day sick leave;

y. April 2, 2019, full day sick leave;

z. April 24, 2019, full day sick leave;

aa. April 25, 2019, half day sick leave;

bb. May 20, 2019, full day sick leave;

cc. May 21, 2019, full day sick leave;

dd. May 22, 2019, full day sick leave;

ee. May 24, 2019, full day annual leave

(See Attendance Report, annexed hereto as Exhibit G.)

16. At the beginning of the 2018-2019 school year, Plaintiff informed me that she had been diagnosed with anxiety, Post Traumatic Stress Disorder, and depression after the passing

of her mother. Plaintiff advised me that she was receiving treatment from a professional and attends therapy weekly. I recommended Plaintiff to seek assistance from the Employee Assistance Program and to reach out to the District's Benefits Department to discuss accommodations.

17. Plaintiff requested permission to leave later than 11:30am on the days that she had afternoon appointments so that the students did not lose instructional time with the teacher.

18. Pursuant to WHA leave policy, with the exception of Emergency Leave, all leave is taken in four-hour increments.

19. Procedures for requesting any type of leave is set forth in the Staff Handbook.

20. Procedures for coding any type of leave is set forth in the Staff Handbook.

21. Procedures for requesting a substitute teacher for any type of leave is set forth in the Staff Handbook.

22. On numerous occasions, I reminded, counseled, and reprimanded Plaintiff for not complying with schoolwide policies and procedures for requesting leave.

23. On numerous occasions, I reminded, counseled, and reprimanded Plaintiff for not complying with schoolwide policies and procedures for coding leave.

24. On numerous occasions, I reminded, counseled, and reprimanded Plaintiff for not complying with schoolwide policies and procedures for requesting a substitute.

25. On numerous occasions, I gave Plaintiff oral and written reprimand for not following direct supervisor orders that were not related to leave.

This the 29th day of April 2022.

Principal Malacy Williams

SWORN TO AND SUBSCRIBED BEFORE ME,

This the 2nd day of May _____, 2022

_____
Notary Public
My Commission Expires: 03/08/2024

CMBOE 0004

# WESTERLY HILLS ACADEMY



## Principal Williams

## Keys to SUCCESS:

## Sustainability and Advancement

## Staff Handbook
## 2018 - 2019

4420 Denver Avenue Charlotte, NC, 28208
Phone: (980) 343-6021
8 Fax: (980) 343-5870

# Westerly Hills Academy



## School's Mission

As a Westerly Hills Academy Scholar, I will collaborate, create and communicate to become a leader <u>today</u> for a better tomorrow.

## HANDBOOK EXPECTATIONS

1. **Review thoroughly the contents of this Staff Handbook and sign the staff signature page that follows these expectations. Please be aware that all teachers and staff are responsible for the items in this book.**

2. **Discuss the content of the handbook with your team. It is your responsibility to review it with them periodically.**

Employee Signature Page

I _____ acknowledge that I have read the staff handbook in its entirety. My signature below indicates my understanding of the expectations of me as a staff member of Westerly Hills Academy. My signature indicates that I am aware of the following:

- The staff handbook describes important information about Westerly Hills Academy. I understand I should consult the Principal, Malacy T. Williams, regarding any questions not answered in the handbook.
- Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur. Westerly Hills Academy reserves the right to make changes to any or all such policies and guidelines, in whole or in part, at any time, with or without notice.
- Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document. I understand this handbook is available on the Westerly Hills Academy Google Drive at all times. I understand a copy of this handbook can be made available to me through the Administrative Office at any time. I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.
- North Carolina State Board of Education Code of Ethics (Preamble):
  - The responsibility of each and the freedom to learn, and the guarantee of equal opportunity for all are essential to the achievement of these principles. The professional educator acknowledges the worth and dignity of every person and demonstrates the pursuit of truth and devotion to excellence, acquires knowledge, and nurtures democratic citizenship. The educator exemplifies a commitment to the teaching and learning processes with accountability to the students, maintains professional growth, exercises professional judgement, and personifies integrity. The educator strives to maintain the respect and confidence of colleagues, students, parents and legal guardians, and the community, and to serve as an appropriate role model.
  - The educator should uphold these commitments through:
    - Commitment to the Student
    - Commitment to the School and School System
    - Commitment to the Profession
- Charlotte-Mecklenburg Schools Board of Education Policies:
  - Code GBEB (Standards of Conduct) - although not all-inclusive, there are 47 standards that your signature indicates you are familiar with.

_____          _____
Employee Signature                                             Date

*Charlotte-Mecklenburg Schools' Mission:*
*To maximize academic achievement by every student in every school.*

*Charlotte-Mecklenburg Schools' Vision:*
*Charlotte Mecklenburg Schools provides all students the best education available anywhere, preparing every child to lead a rich and productive life.*



**Westerly Hills Academy Leadership Team**
**Organizational Chart and**
**Responsibilities**
**2018-2019**

| Leadership Team Member | Core Responsibilities |
|---|---|
| Malacy T. Williams<br>Principal | <ul><li>Vision setting for high academic expectations and staff and student culture</li><li>Coach teachers grades K-4 Literacy</li><li>Coach instructional support for grades K-4</li><li>Monthly Data Analysis Report for Common Assessments & Interim Assessments for Pre K-5 Literacy</li><li>Lead Weekly Instructional Leadership Team Meeting</li><li>Lead Professional Development for Staff</li><li>Lead Walkthroughs & Observations & Feedback</li><li>School wide Discipline K-2</li><li>Student Support Team Monthly Meeting</li><li>Intervention Team -MTSS</li><li>Front Office Staff</li><li>School Leadership Team</li><li>Community Partnerships First Pres, HELP Tutors-Read Charlotte</li><li>Grade Level Meetings K-5 (1st Friday of the month, or as needed)</li><li>90 Day Plan Monitoring UNCC New Teacher Support</li><li>School Professional Development Calendar</li><li>Teacher Assistants for LLI & EC</li></ul> |
| Dr. Phillip Johnson<br>Assistant Principal | <ul><li>Vision setting for student, academic, and staff culture</li><li>Coach Grade Levels Pre K-5 Math</li><li>Coach Science Content 5th</li><li>Monthly Data Analysis Report for Common Assessments & Interim Assessments for K-5 Math</li><li>Co-Lead weekly Instructional Leadership Team Meeting</li><li>Co-Lead Professional Development for Staff with Teach Like a Champion</li><li>Lead Walkthroughs Classroom, Formal Observations & Feedback</li><li>School wide Discipline Grades 3-5</li><li>Testing Coordinator & School wide Testing Calendar</li><li>Crisis Plan & Monthly Fire Drills</li><li>Title One Support/Indistar documentation</li><li>School wide Duty Roster/Transportation</li><li>SLT/Title One Monitoring</li><li>School wide Master Schedule</li><li>Community Partnerships Heart Math</li></ul> |
| Victoria Mclain<br>Coach K-2 Literacy | <ul><li>Coach/Lead Content for K-2 Literacy, K-2 Daily Schedule</li><li>Support and Address K-2 Teacher concerns</li><li>Reading A to Z Contract</li><li>Build Teacher capability for lead teacher</li><li>Own student achievement for grade levels</li><li>Leads Literacy Planning for grade levels K-2</li></ul> |

| | |
|---|---|
| | <ul><li>Conduct coaching walkthroughs biweekly based on tier teacher support</li><li>Weekly Data meetings/Review all DDI analysis plans for opportunities for targeting action plans for reteaching</li><li>Monitoring student's progress for opportunities for more granular and targeted action planning based on Interim assessments</li><li>Support TRC/MAP Testing Team K-3</li><li></li></ul> |
| Latoya Wright<br>Coach K-2 Math | <ul><li>Coach/Lead Content for K-2 Math, K-2 Daily Schedule</li><li>Support and Address K-2 Teacher concerns</li><li>Envision Lead Contact for K-2 Math</li><li>Build Teacher capability for lead teacher</li><li>Own student achievement for grade levels</li><li>Leads Math Planning for grade levels</li><li>Conduct coaching walkthroughs biweekly based on tier teacher support</li><li>Weekly Data meetings/Review all DDI analysis plans for opportunities for targeting action plans for reteaching</li><li>Monitoring student's progress for opportunities for more granular and targeted action planning based on Interim assessments</li><li>Support TRC/MAP Testing Team K-3</li></ul> |
| Stephanie Hrabovsky<br>Coach 3-5 Literacy | <ul><li>Coach/Lead Content for 3-5 Literacy</li><li>Own Student achievement for grade levels</li><li>Leads literacy professional development for PLC around major initiatives</li><li>Conduct coaching walkthroughs biweekly based on tier teacher support</li><li>Weekly Data meetings for Literacy 3-5</li><li>Reviewing all DDI analysis plans for opportunities for targeting action plans for reteaching</li><li>Monitoring student's progress for opportunities for more granular and targeted action planning</li><li>Support TRC/MAP Testing Team K-3</li></ul> |
| Shaunta Sinclair<br>Coach 3-5 Math | <ul><li>Coach/Lead Content for 3-5 Math,</li><li>Support and Address 3-5 Teacher concerns</li><li>Own Student achievement for grade levels</li><li>Leads math department meeting for PLC/PD around major initiatives</li><li>Conduct coaching walkthroughs biweekly based on tier teacher support</li><li>Weekly Data meetings</li><li>Coach/Lead Content for 3-5 Math, 3-5 Daily Schedule</li><li>Support and Address 3-5 Teacher concerns</li><li>Own Student achievement for grade levels</li><li>Leads math department meeting for PLC/PD around major initiatives</li><li>Conduct coaching walkthroughs biweekly based on tier teacher support</li><li>Weekly Data meetings</li><li>Reviewing all DDI analysis plans for opportunities for targeting action plans for reteaching</li><li>Monitoring student's progress for opportunities for more granular and targeted Action planning based on Interim assessments</li><li>TRC for 3rd Grade (TRC team-Mclain & Sinclair )</li><li>Support MAP testing</li></ul> |

| | |
|---|---|
| Nicole Przedpełski<br>EC Compliance<br>Facilitator | • Develop school wide calendar for IEP's meetings K-8<br>• Manage and support EC Team<br>• Management EC Headcount for November 1st & April 1st<br>• Facilitate & Support IEP Meetings, facilitate IEP meetings<br>• Meeting with Student Support Team to address concerns of Intervention Team<br>• Assist with the MTSS progress monitoring on the platform |
| Tami Carroll/<br>Tyree Edwards<br>BMT Support | • Manage code of conduct and student discipline<br>• First point of contact for parents before admin<br>• Process and debrief with students when removed from classes<br>• Conduct hallway walk-through checking key levers-Entry, Routine,<br>• Manage and observe movement of students in key areas of the school for management<br>• Manage School wide Store for Paycheck<br>• Manage school wide grade PBIS incentive-Kickboard |
| **Grade Level Leaders**<br>Prk-Wilson<br>1-Spell<br>2-Deberardinis<br>3-Bess<br>4-Simmons<br>5-Witherspoon<br>S-Ethridge | • Facilitated monthly grade level meetings<br>• Coach new teacher on the grade level<br>• Norm grade level of school vision and key lever for student culture according to management rubric<br>• Facilitate grade level parent conference<br>• Organize/Assist grade level monthly team plan and incentives<br>• Ensure effective communication for the total operation of the grade level. Meet with principal to normal vision and provide feedback biweekly of each month |
| Loreisha Cooper<br>Counselor K-5 | • Register & schedule new students<br>• Own student achievement for grade K-5 in content area<br>• Submit Grade Analysis by grade level for targeted students each quarter<br>• Monitor attendance percentage and RWI for grades K-5<br>• Meet and facilitate parent conferences for grades K-5<br>• Train, support and meet with grades levels for MTSS support\<br>• Meet monthly with the school wide MTSS teacher every 4th Tuesday<br>• Conduct School wide student culture Friday's meetings<br>• Conduct school wide Character Trait-Fill My Bucket classes lesson plans<br>• Monitor PBIS -Kickboard Initiative<br>• Conduct required district level training school wide<br>• Submit Grade Analysis by grade level for targeted students each quarter<br>• Monitor Caseload of Students on behavior plans-Tier 3 |
| Sean Sutton<br>Social Worker | • Register and support transition for MCV<br>• Arrange and submit bus transportation for MCV student<br>• Support counselors with MTSS<br>• Address the psychological and social well-being of students<br>• Assist the school with following school board regulations for excessive absences and truancy, provide monthly report<br>• Respond to referrals requesting verification of residence<br>Provide professional development to staff regarding district mandates |

| | |
|---|---|
| | and trends<br>● Follow district comprehensive school social work services<br>● Interview students and parents to discuss issues related to non-attendance and develop a plan of action.<br>● Conduct home visits as a method to access the family and conduct interviews in response to school referrals<br>● Maintain an ongoing liaison with community agencies and other resources to meet student<br>● Monitor Caseload of Students on behavior plans-Tier 3 |

## Leadership Team Roles and Responsibilities

| Leadership Team Member | Ongoing Responsibilities |
|---|---|
| Malacy T. Williams, Principal | 1. Monitor and support school wide Literacy<br>2. Monitor school wide implementation of observation and feedback with coaches  through walk-throughs and feedback<br>3. DDI Weekly Data meetings<br>4. Conduct walkthroughs K-5 teachers ELA & Literacy<br>5. Conduct bi-weekly Instructional Leadership Team<br>6. Monitoring common/interim assessments data analysis<br>7. Facilitate professional development for Data Drive Instruction |
| Dr. Phillip Johnson, Assistant Principal | 1. Monitor and support school wide Math K-5<br>2. Monitor school wide implementation of Student Culture Implementation through walk-throughs and feedback<br>3. Conducting walkthroughs K-5 teachers Math<br>4. Attend/facilitate bi-weekly Instructional Leadership Team<br>5. Monitoring common/interim assessments based on school wide testing calendar<br>6. Facilitate professional development for Student Culture through TLAC 1st Semester techniques |
| Instructional Coaches ELA/Math K-2 3-5 | 1. Facilitate and support content planning<br>2. Plan weekly schedule in advance<br>3. Conduct and track walk-throughs and provide feedback using GBF format and a weekly tracker<br>4. Provide support to teachers based on tiers using differentiated data report<br>5. Conduct weekly data meeting during content planning<br>6. Track and monitor interim assessments<br>7. Progress monitor all students through common/interim assessments of your 1's and 2s'<br>8. Facilitate TRC and MAP testing<br>9. Share all documents in folder |

# First Responder List
## 2018-2019

| Area of Concerns | 1st Point of Contact | 2nd Point of Contact | 3rd Point of Contact |
|---|---|---|---|
| **504 Plan Contact** | Ms. Cooper K-5 | Mr. Sutton | |
| **Accident Reports** | Ms. White | Ms. Houze | Ms. Williams |
| **Attendance-Classroom** | Ms. Jones | Ms. Houze | Ms. White |
| **Budget/Finance** | Ms. White | Ms. Williams | N/A |
| **Bus Contact** | Dr. Johnson | Mr. Spell | Mr. Mozzarella |
| **Car Rider Lot** | Ms. Cooper | Mr. Sutton | Mr. Carroll |
| **Classroom Central** | Ms. Houze | Ms. White | |
| **Instructional Leadership Team (ILT)** | Coaches | Ms. Williams Dr. Johnson | |
| **Committee - Technology** | Mr. Seawright | Ms. Fuller | |
| **Communities in Schools - Intensive Case Manager-**(works with crisis assistance interventions for students 20-30 students with crisis, severe disciplinary incidents and/or chronic attendance issues) | Ms. Harris | Mr. Dixon | Ms. Williams |
| **Communities in Schools - Educational and Career Coach** (works with 50 students needing support to remain on track for graduation through things such as college tours, career exploration, attendance monitoring, group activities, cultural experiences, life skills, etc) | Mr. Dixon | Ms. Harris | Ms. Williams |
| **Custodial Concerns** | Ms. Simpson | Mr. Moses | Ms. Williams |
| **Department Chair Health/PE** | Amy Gray | | |
| **Department Chair - Student Support** | Ms. Cooper | Mr. Sutton | Ms. Williams |
| **Disciplinary Infractions**<br>- Bullying/Harassment<br>- Profanity to Staff<br>- Major Class Disruption<br>-Major Physical Aggression<br>- Leave School Grounds w/o Permission<br>-Inappropriate Physical Contact/Sexual Harassment<br>- Major Threat<br>- Weapon/Drugs/Use of Fire<br>- Theft, Vandalism/Extortion | Dr. Johnson, Title IX | Ms. Williams | Ms. Carroll |
| **Disciplinary Infractions**<br>- Bus Infractions<br>- Major Physical Aggression<br>- Insubordination<br>-Minor Disruption<br>- Minor Staff Disrespect<br>- Student Name Calling<br>- Mild Horseplay | BMT-K-2<br>BMT 3-5 | Dr. Johnson 3-5 | Ms. Williams K-2 |

| EC Compliance | Ms. Przedpełski | Ms. Williams | Dr. Johnson |
|---|---|---|---|
| ESL Chair | Ms. Yoruk | Dr. Johnson | |
| Evaluations - Non-Exempt | Ms. Williams | Dr. Johnson | |
| Evaluations - Exempt | Ms. Williams | Dr. Johnson | |
| EVAAS Coordinator | Dr. Johnson | Ms. Williams | |
| Faculty Advisory Council | | | |
| Facilities | Ms. Simpson | Mr. Moses | Ms. White |
| Fire Drills | Dr. Johnson | Ms. Carroll | Ms. Williams |
| Finance Committee | Ms. White | Ms. Williams | |
| Fundraiser | Ms. White | Ms. Williams | |
| Grant Contact | Ms. Cooper | | |
| Health Concerns/First Responders | School Nurse | Ms. Carroll | Mr. Edwards |
| Human Resources | TJ Meggett | | |
| Incident Report | Ms. White | Ms. Williams | |
| Intervention Team | Ms. Cooper | Ms. Sinclair | Ms. Przedpełski |
| ISS Coordinator | Ms. King | Dr. Johnson | Ms. Williams |
| LEA for IEP Meetings | Dr. Johnson Ms. Williams | Ms. Przedpełski | Ms. Przedpełski |
| Licensure (District) | Selina Parks | Dr. Johnson | |
| Master Calendar/Scheduler | Dr. Johnson | Ms. Williams | Ms. White |
| Mastery Connect | Dr. Johnson | Ms. Witherspoon | |
| McKinney Vento | Sean Sutton | Ms. Cooper | |
| Mentor/Mentee Program | Dr. Johnson | Ms. Sinclair | |
| MMIS Inventory & Coordinator | Mr. McCrimmon | Ms. English | Ms. White |
| MyTalent PD Offering Coordinator | Dr. Johnson | Ms. Williams | |
| MyTalent Teacher Evaluation | Ms. WIlliams | Dr. Johnson | |
| Non-Exempt Evaluations | Dr. Johnson | Ms. William | |
| Paper/Copier Code | Ms. White | Ms. Williams | |
| PDP Contact | Ms. Sinclair | Ms. Williams | |
| Peer Observations | Mentors | | |
| PTA | | | |
| Resources Request-i.e markers, etc. (Blue Sheet) | Ms. Carroll | Ms. White | Ms. Williams |
| School Improvement Plan / | Dr. Johnson | Ms. Williams | |
| School Leadership Team | Ms. Williams | Dr. Johnson | SLT |
| Staff Social | Ms. Wallace | Mr. Spell | |
| Student Support Admin Lead | Ms. Cooper | Mr. Sutton | Ms. Williams |
| Student Teacher & Clinical Hour Assignments | Ms. Williams | Dr. Johnson | |
| Substitute & Dispersal Plans | Grade Level Leaders | Coaches | M. Williams |
| Technology | Mr. Seawright | | |
| Technology Grant Lead | Ms. Gaskin | | |
| Testing Coordinator | Dr. Johnson | | |
| Textbooks | Coaches | | |
| Title I Lead | Dr. Johnson | Ms. Williams | |
| Transportation | Dr. Johnson | Ms. Carroll | Ms. Houze |

| | | | |
|---|---|---|---|
| **Volunteers** | Ms. Jones | Ms. White | |
| **Website (School)** | Mr. McCrimmon | Ms. Williams | |
| **Workers' Compensation & Payroll** | Ms. White | Ms. Williams | |

# STAFF & TEACHER EXPECTATIONS

Please know that the administration is committed to revisiting these staff expectations. Any changes to staff members based on the needs of the school community. Care will be taken to work with SLT, FAC and teacher committees should changes be needed to ensure appropriate feedback. Information in the handbook can be subject to change at any time; staff will be communicated by email if an update is made with the revision or any updates. **All staff and teachers at Westerly Hills Academy are expected to adhere and exhibit the following:**

**Have strong Work Ethic and a <u>Sense of Urgency</u>**
- Be professional.
- Dress professionally (see Dress Code- Staff).
- Work honestly and openly with your colleagues and administrators.
- Communicate effectively, directly, and frequently.

**<u>Staff Beliefs:</u>**
1. Believe that all students **<u>CAN</u>** and **<u>WILL</u>** learn. Do not accept the status quo-Always strive for **GROWTH!**
2. Supervise students at all times. Believe that <u>EVERY</u> student in this school is the responsibility of <u>EVERY</u> adult in this school.
3. Treat students like you want others to treat you and your child. Screaming, embarrassing and belittling are **<u>unacceptable</u>** techniques.
4. Seek and use appropriate guidance or support services, when necessary so that we are supporting the whole child.
5. Build relationships with students to establish a safe and support student culture for high expectations.

**<u>Staff Management</u>**
1. Adhere to staff hours 7:15 AM – 3:30 PM. Report time for 90 minute planning day
2. Staff members are required to sign in each morning in the front office using Lobby Guard..
3. Be outside classroom door or at assigned duty post by 7:30 AM every morning.
4. Report to planning on time and adhere to planning norms and expectations
5. Communicate on a regular basis with parents. Voicemail and email must be checked daily and all calls. Emails returned within a **24-hour time period**. Be available for parents.
6. Adhere and record grades according to CMS district requirements, every week, no later than Friday.
7. Adhere to MTSS procedures and protocols for academic and behavioral interventions
8. Post, review, and use school wide behavior protocol using school wide initiative The Energy Bus,
7. Use **positive reward system** weekly through the use of Kickboard management system
8. Read each week the **Administrative Bulletin**. The bulletin is emailed to all staff every Friday. Please read it carefully, as it serves as a medium for effective school communication. Staff members will be held accountable for planning in accordance with information included in the bulletin.
9. Provide appropriate, high quality instruction to all students and be sensitive to individual needs.
- Set high expectations and standards for all students
- Actively engage students at all times and Teach for mastery
- Align instruction with the Common Core and Essential Standards
- Differentiate your lessons for various levels of students
- Emphasize daily reading and writing skills/strategies
- Provide extra help, time and targeted resources for all students
- Assess students frequently and monitor the progress of all students
- Analyze student data from common formative assessments and plan instruction according to the results
- Utilize a variety of teaching strategies, materials, and resources
- Assign homework that is relevant to current teaching and aligned to Common Core

| STAFF HOURS |
| --- |

Staff members are required to sign-in every morning and on Teacher's Workday in the front office using the Lobby Guard. **School hours of operation for teachers are 7:15 AM until 3:30 PM. Bell Schedule 8:00 am – 3:00 pm - Instructional Hours. Teachers are to report to their duty spot, no later than 7:30 AM.** If you know that you will be late, call the office immediately. They will notify all walkie carriers. Staff are expected to be outside classroom doors or at assigned duty post by 7:30 AM every morning on time. Supervision of students is the top priority during arrival and dismissal times. ALL classroom teachers are expected to be in their classroom receiving students and/or monitoring hallways during transitions and arrival/dismissal. At the end of each school day, all staff members are to remain at their duty station until all buses have exited the parking lot or until a final announcement is made. The school building is open from **6:00 AM until 6:30 PM**, it will be secured all other hours. All supervised student activities should end by 5:00 PM. The main office is open from 7.30 AM until 4:00 PM daily. **Staff are expected to reserve all Wednesday's from 3:15 pm - 4:45 pm for Staff Meetings: professional development, committee meeting and data dive.**

| ARRIVAL/DISMISSAL/OFF CAMPUS DURING DAY |
| --- |

Students are permitted in the building when it opens each morning. We must all work together to monitor early student arrivals as students are expected to be responsible for their own behavior.

**All staff members must report to work by 7:15 am. Staff may not leave the duty post to run errands or check with other staff unless someone is physically there to supervise. If an emergency occurs, contact an administrator for assistance in arranging coverage. There are no exceptions to this rule.**

If an emergency delays your arrival time, you must call the main office and notify Ms. Williams ( 704/651-4091), so that we can make arrangements for someone to cover your duty post and/or classroom. Failure to contact the main office and your administrator in the event you will arrive late will result in a written reprimand to be placed in your personnel file.

Dismissal will begin promptly at 2:50 pm. Faculty members will remain at school until the last dismissal (including buses) each school day which is 3:30 pm. All staff members are employed during this time.

In the event an emergency arises and you must leave campus during school hours, you must sign out using the procedures outlined below.
- Contact your administrator (or backup if that person is unavailable). i.e. Ms. Williams' Secretary (Ms. White)
- Sign out in the book located in the front office before leaving campus.
- Sign back in (when applicable).

These steps must be taken even if you are leaving during your planning period. If you leave campus without signing out, appropriate disciplinary action may be taken including a deduction in pay for the time missed and/or requirement that the time missed be made up. **Leaving campus during the day is for emergencies only. Going to the bank, getting lunch, running errands, etc. do not constitute emergencies. I.e.injury on the job or emergency with family/child There is no formal sign in procedure except on teacher workdays. On teacher workdays, if you do not sign in an annual leave day will be charged to you.** It is important to note that all certified staff may have their hours extended at the discretion of the administration without additional compensation.

**Non-certified personnel may not exceed a 40-hour week. The staff hours are in effect for everyone. Certified personnel are paid on a salary rather than hourly basis.**

| ABSENCES (GENERAL INFORMATION – STAFF) |
| --- |

| SICK LEAVE |
| --- |

Sick leave is available to all employees. Sick leave may be used for personal illness, illness in the immediate family (spouse, children, parents), and medical appointments. Sick leave may also be used for death in the immediate family (spouse, children, parents, brother, sister, grandparents, grandchildren, step-children, and in-law relationships). Sick leave is earned at the rate of one day per month worked. Any staff member anticipating an absence of three weeks or longer must apply for a leave of absence. This process begins with contacting the principal.

If the occasion arises and an absence is needed, please notify Mrs. Williams, your grade level leader and coach prior to the

day of the absence. A **Request for Absence Form** is required for ALL absences (including work days.) ''

**On the day of an unexpected absence, the following steps are required of ALL Westerly Hills staff:**
1.   Email the Principal before 10:00 PM on the night before, or after 5:30 AM on the morning of your absence.
2.   The email should be copied to the Assistant Principal, Ms. White, Facilitator or MCL, and your grade level chair (same hours).
3.   Teachers should use Kelly Services in the event of an absence. Other support staff should use SmartFind Express

**Kelly Services:**
**A: Verify Your Name and Title Recordings:**
You must verify your name and title recordings regardless of whether you use the Internet or the IVR system. Your recorded name and title are used during the scheduling process to provide assignment information to the substitutes.
To verify your name and title recordings, have your ID number and PIN ready.
**Your ID number and PIN have been provided by your school administrator.**
**Step 1:** Call 1-800-942-3767.
**Step 2:** Enter your ID number followed by the # sign.
**Step 3:** Enter your PIN followed by the # sign. (please see Ms. White for you PIN #)
**Step 4:** Press 5 from the Main Menu to review or change your personal information.
**Step 5:** Press 1 to hear your current recording (or your name spelled if you have not recorded your name). If you wish to change your recording:
If you wish to update your recorded name and title, proceed to **Step 6.**
Press **2** to leave your recording as is and return to the main menu (skip remaining steps).
**Step 6:** Press 1 and the system will prompt you to record your name and title. Please record your name, grade, and the subject you teach.
**Step 7:** After recording, the system will provide the following options:
Press **1** to save the recording.
Press **2** to erase and re-record your name and title.
Press **3** to return to the Change Personal Information Menu without saving.

**B: Accessing Aesop**
**Step 1:** Log on to the Kelly Educational Staffing Website on the Internet at www.kellyeducationalstaffing.com
**Step 2:** Click on the **Aesop Login** link.
**Step 3:** Enter your ID number and PIN in the appropriate fields. **Your ID number and PIN will be provided to your school administrator.**
**Step 4:** Click **Sign In.** This will log you on to Aesop and take you to your customized home page.

**SmartFind Express:**
**Step 1:** Call 980-819-4422 or go online (www.cms.k12.nc.us) Click on Jobs, SmartFind Express.
**Step 2:** Record the Job Number

Certified staff and teacher assistants who do not put their absence into SmartFind Express will be charged with a day without pay. Be sure you record your login information and password so you have access to SmartFind at home.

In compliance with CMS policy, on the last day of school or before a school holiday, you should make plans to be at school. If you are absent, you must bring a doctor's note explaining your absence. Without such a note, you will not be paid for the absence.

**PERSONAL LEAVE**
Personal leave (Code 6. 26, 36): Teachers earn Personal Leave at a rate of two days per year and can accumulate a maximum of five days. An employee may use a personal day on a non-protected work day, and there will be no payroll deduction. The absence reason code to be submitted to payroll under this situation is code 26. The number of code 26 absence days that can be used is limited to the number of Personal Leave days the teacher has accrued. An employee may take a personal leave day on an instructional day with a code 6. The salary deduction is $50.00 per day. **This leave is granted if a substitute is available ONLY.**

<u>**Staff/Teachers must submit their plans five days in advance**</u>. Personal Leave may only be used **upon authorization by the principal. Requests for personal leave must be submitted  5 in advance.** Complete the Request for Absence form in advance of all personal leave absences. Prior planning will help in this process. **Personal leave will not be granted during district or state local assessments and the last week of school. The school does not control the district or state calendars for testing, therefore teachers will need to review the school wide testing calendar in advance before requesting days.  <u>The principal does have the right to decline any personal leave days.</u>**

**PROFESSIONAL LEAVE**
**Professional leave (Code 4)**: Teachers are required to submit a request in advance for professional day for approval by following school guidelines by completing the Request for Absence form indicating the training opportunity. This should be submitted 10 days in advance. Teacher should be ready to present to staff any professional learning he or she received. Forms will be returned to you for approval or not. **The principal does have the right to decline any professional workshop or services that do not align to the school's vision or mission.**

**ACCIDENTS (STAFF)** If you are injured while on the job, please inform the principal immediately. You will need to complete the necessary documentation. Failure to contact the principal immediately may result in failure of the insurance company to pay for any medical expenses and/or disciplinary action (**Board Policy #4120, Section 2 Standards of Conduct, Article #11**). See the section on Workers Compensation.

Failure to contact the principal immediately may result in failure of the insurance company to pay for any medical expenses and/or disciplinary action (**Board Policy #4120, Section 2 Standards of Conduct, Article #11**). See the section on Workers Compensation.

**ACCIDENTS (STUDENTS)** Any time a student is injured or involved in an accident, the supervising staff member is required to fill out a "Student Accident Report Form" and return it to the senior administrative assistant (will be known as Senior Admin from here on out), Ms. White, immediately. The student's parents should be contacted immediately. Every accident is serious to parents. First aid is also the responsibility of the supervising staff member until responsibility is handed over to the first responder or administrator. In cases where there may be a fracture, the student is not to be moved. Contact the first responder immediately for further directions.

**ANNUAL LEAVE**
Annual leave (Code 20) is earned at a rate based on your years of experience. These first ten days of annual leave are built into the instructional calendar for teachers and teaching assistants. First-year employees must be employed for ten months to earn these days. All employees requesting annual leave must complete a Request for Absence form with adequate time for approval and notification. Annual leave may not be taken on CMS required workdays. Classroom teachers may not take annual leave when students are in attendance.

**ABSENCES (EMERGENCY - STAFF)**

Staff members should enter an absence **no later than 5:30 AM** if they are unable to come to work on a regular school day, please email/call Ms. Williams. **If your lesson plans are not "substitute friendly", instructional plans must be emailed to your grade level leader teacher by 7:00 AM.** We will be using substitutes and contingency plans to cover classrooms. **TEACHERS ARE REQUIRED TO PUT THE ABSENCE in Kelly Services**. All other personnel are required to put your absence in **Smartfind/Kelly Services**. Failure to do so could result in a loss in pay for the day. If you have problems registering your absence in, please seek assistance from Ms. Houze.

**ABSENCES (PLANNED - STAFF)**

If you know in advance that you are going to be absent, please put the absence in Smartfind/Kelly Services as quickly as possible and complete a request for an absence form. Submit this form to Ms. Williams. You will receive a copy in your mailbox. If your absence **is not approved**, further questions will need to be answered. Please make sure that you do this for each and every one of your absences well in advance. Requests coded 4 (professional), 6 (personal), and 20 (annual) must be submitted prior to your absence. Requests coded 1 (illness) should be submitted in advance when possible or immediately upon your return to work. **When an absence is coded as sick leave, staff members are required to submit a doctor's note documentation after the 3ʰ absence. Any repeated absences occurring on Friday's and Monday's, will be coded as personal days with a $50.00 charge, unless there is a doctor's note provided upon return.**
**Any Personal leave or an annual leave day (Policy #4151.9) before or after a holiday will result in a written reprimand in MyTalent as a Written Warning Letter for the First Offense. Second offense will result in the Teacher Evaluation Instruction Standard I: Element D.** Instructional staff may only take annual leave when students are not in school and if annual leave is accrued. Remember, early communication helps to ensure that the most effective coverage can be arranged. On the day you are out; teacher/staff should call the school by 2:00 p.m. if you are going to be out the next day.

Otherwise, we will assume that you will report to work the next working day. "*A physician's note may be required for staff missing more than three consecutive days, for excessive absences, and for absences requested/taken the day(s) before or after a holiday. Failure to provide proper documentation may result in leave without pay, and/or disciplinary action.*"

## ABSENCES (LONG-TERM LEAVE - STAFF)

Teachers experiencing an anticipated long-term medical leave (i.e. maternity leave) are expected to work with assigned facilitators and with his/her PLC to secure a substitute, develop lesson plans and track grades for the time out. Employee Relations indicates that the expectations for a long-term absence (lesson plans, grades, etc.) are the same as those for a short-term or daily absence.

## ANNOUNCEMENTS

Daily announcements will be done each morning. Students should be reminded of respectful behavior during all portions of the announcements. **Any information for the announcements must be submitted on the google doc no later than 6:30 each morning** . We will say the Pledge of Allegiance each morning. **Students are to be taught to stand and recite the Pledge in class.** Students who have a religious opposition to saying the Pledge may remain seated as long as they are silent and not disruptive during this time. It is critical that **all** teachers pay attention to the announcements to hear any last minute changes or reminders.

## ATTENDANCE REQUIREMENTS/STUDENTS

**All attendance must be completed in PowerSchool.** The registrar will input student absence reasons if a parent calls or sends a note to the office. All emails and notes from parents regarding a student absence should be forwarded to the office for proper coding in PowerSchool.

**Attendance Policy 5113:** Students who come to school regularly have better performance. After three unexcused or excused absences, contact with the parent is necessary and document the contact. After six unexcused or excused absences, the school counselor and principal will contact the parent and document the action and response. Attention to attendance will help us meet our goals. After 3, 6 and 10 absences, a letter is sent home from the principal that outlines the NC student attendance law as well as consequences punishable by law. A copy of the letter will be placed in the student's folder. Sickness that causes excessive absence will need to be communicated to the school counselor and Principal. The nurse can contact the child's doctor for verification. Special codes in the computer can allow a student to be out on medical leave and NOT count against our attendance goals.

**Reporting Attendance for the First Ten Days (Homeroom Teachers)**
1. Each homeroom teacher takes attendance on the Ten-Day Statistical Report for the first ten days of school. This report is to be turned into the front office right after homeroom. It will be put back in the homeroom teacher's mailbox each day.
2. A student who is on your homeroom list, but does not report to your homeroom, is marked "**NS**" as a no show and is not counted in the homeroom total.
3. After a student reports to homeroom once and is absent on another day after that, he/she is marked "absent."

**NC Powerschool Attendance Procedures**
1. Attendance must be taken in each class every day except the 1st day of school via NC Powerschool. If a student is not in your class, he/she must be marked absent within the first 10 minutes of class. Repeat offense of non compliance will result in the Teacher Evaluation Instrument Standard I.
2. Students who arrive to class after 45 minutes have passed are considered absent for that class.
3. Once attendance is taken for each class the "attendance complete" box must be checked.
4. At 9:30 am each and every day, CMS downloads all the absences and automated phone calls are sent home. If a student is not marked absent, a phone call is not sent. Therefore, it is important that attendance be entered by this time each day.

**Substitute Attendance**
1. Substitutes will now be able to record attendance in Powerschool with a separate login

**Absence Notes**
1. Absent notes and early dismissal notes are to be taken to the front office by the teacher upon the day of receipt.

## BLOODBORNE PATHOGENS

Blood is the single most important source of the viruses which cause AIDS and hepatitis in the work setting. Semen and vaginal secretions may transmit the AIDS virus but are not causes of occupational spread of AIDS. The risk of acquiring these viruses in the work setting is extremely low if the proper preventive measures are taken. All personnel should follow standard principles and practices of good personal hygiene to prevent disease transmission in the workplace. Feces, nasal/respiratory secretions, sputum, sweat, tears, urine and vomit are not transmitters of the AIDS virus <u>unless</u> they contain visible blood. These body materials can transmit non-blood borne diseases and sanitary measures for cleanup and disposal of these materials should always be used. **The sanitary measures include:**

**Personal Measures**

1. Wash hands or other skin surfaces immediately and thoroughly when contaminated by body fluids. Use soap and water and rub vigorously under a stream of running water for at least ten (10) seconds.

2. Wear vinyl or latex gloves when cleaning up body fluids. This is essential if you have a sore or break in the skin surface.

3. If there is a possibility of body fluids splashing into your face, also wear protective goggles.

**Clean-up Measures**

Use disposable paper towels and if needed drying or sanitary absorbent agents (such as vomit absorbent) to clean up large amounts of body fluids.

**Disinfection**

Hard surfaces (desks, walls, floors) should be washed with one of the following disinfectants:

. a. Ethyl or isopropyl alcohol (70%);

   b. Phenolic germicidal detergent solution (follow the product label for proper dilution);

   c. Household bleach (sodium hypochlorite-100 ppm available chlorine). Dilute 1-part bleach with 10 parts water or 1/2 cup bleach in 1 gallon of water, freshly prepared each time it is used. Carpets stained with body fluids should be cleaned by manual removal of body fluids followed by shampooing with an available rug shampoo. Clothing or throw rugs contaminated with body fluids should have the fluids removed by a paper towel initially, followed by routine laundering.

**Disposal-** All disposable items, paper towels, absorbent agents, rubber gloves, etc. should be placed in a plastic bag and sealed before putting it in a garbage container. Non-disposable items such as dust pans, brooms and mops should be cleaned with one of the disinfectants listed above (alcohol, germicidal detergent or household bleach). Wash hands immediately and thoroughly with soap and water!

**Caution!-** Discarded hypodermic syringes and needles found on school property should be placed in a hard walled puncture-proof container and sealed, then discarded in a garbage container. Use disposable paper towels to pick up the

syringe/needles or other items which may have been contaminated by blood. Do not break the syringe or needle. Avoid direct contact with needles and use care not to stick yourself. Wash hands immediately and thoroughly with soap and water.

**Source of Materials -**Your work supervisor or school principal is responsible for having adequate supplies of gloves, disinfectants and detergents available for use as required at your worksite.

## BIRTHDAY CELEBRATIONS K-5 (ONLY)

Celebrations which include food items (cake, cookies, and cupcakes), are to be celebrated during the **last Friday of the month** after instruction @ 2:30 pm. **It is the teacher's responsibility to ensure parents are informed in advance and posted on your grade level weeblies or monthly remind101.** Only products purchased from the Eagle Café can be served to scholars during lunch. All food items must be store bought. Homemade items cannot be served to scholars. Please ensure that parents are informed of this information through s, weeblies or other parent communication.

## BOARD POLICY

There are many policies and regulations implemented by the CMS School Board that are of importance to teachers and to which we must adhere. Their volume, however, makes it impractical to copy them for each handbook. You can find all policies on the CMS website (www.cms.k12.nc.us). Click on School Board. Then click on Board Policies.

## BUILDING SECURITY

**Security:** The security of our building is important and everyone's responsibility. Staff members may enter the building after 6:00 a.m. on the regular school days. All rooms need to have an area that can be locked. Notify your grade level administrator if you do not have a secure area. **PLEASE MAKE SURE YOU LOCK PERSONAL ITEMS OF VALUE while at work.** Each person is responsible for securing his/her work area at the end of the day. Special attention must be directed to the windows in each classroom. If they are open, they must be closed at the end of the day. Motion and sensors are in each room to monitor open doors and windows. Hanging and falling items will cause a false alarm. Lights should also be turned off when you leave for the day.

Visitors and volunteers must wear ID badges while on campus. Visitors must check in at the office. Tactfully remind visitors to obtain a visitor badge if you cannot visibly see it. If there is a problem, or if you notice something strange and/or suspicious, please contact the office immediately.

**Alarm System:** Generally, the school is locked and the alarm is activated every evening and weekends. Clearance must be made with Ms. Williams or destination if you are to be in the school buildings before or after school hours. Setting off the alarm is very expensive; please call first to get clearance.

## CHILDREN AT WORK

No staff member should bring his/her children to school on official school days or official school work days without permission from an administrator.

## CAFETERIA

*Lunch* - Teachers are expected to accompany their students to and from the cafeteria. Classes are responsible for cleaning and straightening their respective areas before departing the cafeteria. **Soft drinks are not allowed in the cafeteria.**

Dessert may be bought by students with parent approval. Remind parents that they can put a "block" on student accounts if they are abusing this privilege. Only one dessert should be allowed per student. Students should pick up all food items and utensils on the way through the line the first time and should not return to the line to purchase a dessert. Students are not

allowed to take food out of the cafeteria.  Please enter the cafeteria at your scheduled time and leave at the ending time. Please take time during the first part of the year to go over cafeteria routines with your students.  This will help students move quickly through the line. **Remember- if you are to leave at 11:20, you should be getting your tables cleared prior to that time. There should not be students left behind to wipe tables, etc.**  Also, you should be back in your classroom by 11:25.

## CALENDAR

A google calendar will house all information for staff members regarding events throughout the school year.  Ms. Williams/Dr. Johnson will update that calendar as event requests are received.

**A. All school activities must be sent to  Dr. Johnson or Ms. White to be placed on the school calendar. Information for upcoming events should be submitted using the Calendar of Event Form to Dr. Johnson at least three weeks prior to the event.**

**B.** If an activity requires the use of the building or use of an activity bus, see Dr. Johnson and Ms. Simpson before submitting the event for placement on the calendar.

**C.** Sponsors of activities will be notified of any conflicts of dates; otherwise, events will be placed on the calendar. The calendar is available to all staff members at any time.  This calendar SHOULD NOT be shared with any non-staff members due to the confidentiality of the information included.

## CELL PHONES & COMPUTERS

Use of cell phones and computers for non-instructional purposes is not permitted during the instructional day.  **YOU ARE RESPONSIBLE FOR YOUR CELL PHONE AND ELECTRONIC DEVICES.  KEEP IT SECURED AT ALL TIMES.**  Please know that there are special rules and procedures regarding cell phones to which all staff will need to adhere during state testing sessions.  Email should be checked prior to the start of the school day, during lunch, during planning times (if possible) and/or after school.  Also, in the rare event that you are expecting a phone call in the main office, please let the office staff know of your concern.  You will be notified immediately if you have apprised the secretaries of the situation.  Finally, know that any equipment loaned to you by CMS is for CMS use and is to be used for professional purposes.  CMS does have staff members who review staff usage of electronic equipment.

### Cell Phone Policy

Except in the case of an actual emergency, teachers and other staff assigned to a classroom or who otherwise supervise students during working time are prohibited from using cellular telephones during working time. This includes, but is not limited to, talking on the cellular telephone, texting, using the internet, checking email, playing games and/or listening to music. In addition, the cellular telephone must be in a silent or vibrate mode at all times during working hours.
In the case of an actual emergency, the teacher or other staff member shall, if possible, request that another appropriate individual take over supervision of the students while the teacher or other staff member is using the telephone.
*** There are no cell phones allowed during any standardized testing.  ***

## CHILD ABUSE/NEGLECT

CMS recognizes the serious problem of child abuse and neglect and the crucial role of the school in regard to abuse. **Therefore, in compliance with state law, any school employee who has reasonable cause to suspect that any child is an abused or neglected child shall report the case to proper authorities.**  Report suspected cases to the counselor, social worker or grade level administrator.

## CLASSROOM ENVIRONMENT

Your classroom is a reflection of you, your students and the school.  It needs to be organized, neat, inviting and child centered.  Student work needs to be displayed and current.  Classrooms should be free of trash on the floor.  All classroom work displayed in the hallway needs to be on grade level or above and displayed in an attractive manner.  <u>**Do not cover door windows for safety reasons unless we are in the midst of an emergency or emergency drill.**</u>  Please adhere to classroom environment expectations distributed at the start of the school year.

| CODE OF CONDUCT (STUDENT) |
|---|
| http://www.cms.k12.nc.us/mediaroom/backtoschool/Pages/documents.aspx<br>Teachers will go over with students during the 1st two weeks of school. |

| COMMUNICATION |
|---|
| **With Colleagues-** Staff will always communicate to colleagues, students, and other staff in a respectful manner to ensure a culture of care. At no time, will staff members create an environment among the team that creates gossip, spreads rumors or creates a culture of fear. All staff are expected to treat all members of the team in a respectable manner at all times. Staff will respect one's opinion, knowledge and experiences. Staff members are encouraged to seek support from an administrator to have crucial conversations with another staff member. This will prevent a hostile environment, thus allowing all parties to feel supported.<br><br>**WITH PARENTS-**Having frequent, positive communication with parents sets the stage for better classroom achievement and behavior. Take time to send home notes of congratulations when a student has a success in school! T**eachers should have a system to return all calls and emails within 24 hours**. Promptness to parent calls will show professionalism and a caring attitude. Messages for teachers will be emailed by Ms. Jones and placed in the staff mailboxes. Teachers communication log will be considered as an artifact for the Teacher Evaluation Instrument during the Evaluation Cycle. Teachers are expected to communicate quarterly to their students by email, Remind, Kickboard or grade level newsletter or student behavior plan. |

| COMMUNICATION WITH SCHOOL OFFICE |
|---|
| **Please refrain from holding conversations or conferences concerning students while standing in the main office or in the hallways.** Due to the necessity to maintain the confidentiality of students, telephones in the main office also cannot be used for conferences with parents. Use telephones in the workrooms, health room, tutor rooms or one of the offices for these discussions.<br><br>To call the front office, dial #0 using your white wall phone. You will be given a classroom phone list to post next to your door.<br><br>Unless an emergency is indicated or prior arrangements have been made with secretaries, professional staff will not be called from class during instructional time. Messages will be emailed to staff members. You will be personally notified if a message needs your immediate attention by Ms. Jones.<br><br>Staff members should check their mailboxes for messages, memorandum, etc. upon arrival at school, at lunch time, and before leaving school in the afternoon. |

| COPY POLICY |
|---|
| You are welcome to make copies as you need to as long as they are for authentic learning tasks for students. Teachers will be given one case of paper each semester. Teachers are encouraged to utilize technology to ensure paper is noted wasted i.e. Google Classroom. Please refrain from making a paper package of assignments, this waste paper. Teachers will receive reset if copy access once a semester from Ms. White. It is the teacher's responsibility to manage their numbers to refrain from not having access to making copies. Notify Ms. Houze if a machine is out of paper. **YOU MUST PLAN AHEAD.** Please notify Ms. Houze if the machines are not working properly or the paper is running low. **Students are not allowed to use the copy machines or enter the teacher workroom for any reason.** |

## CUMULATIVE FOLDERS

Cumulative student records are legal documents that contain information concerning a child's educational experience and personal background. They must be at school at all times, available for review by auditors and parents. Educators must review student records within the first twenty days of school. Folders must be up-to-date at all times. New records will be shared with you as soon as they arrive. Please submit your acknowledgement form to Ms. Houzz once you have completed your Cum Folder review: Cum Folder Acknowledgement
EC folders must remain with the student's regular cum folder at all times. Folders of EC students are kept in a separate file drawer. **All Cum Folder/EC Records must remain in the Record Room. Teachers do not have permission to remove any folders.** Students are not to handle records.

All information except address, phone number and parent's occupation and business phone should be written in black ink. The items which may change should be written in pencil.

Cumulative records are legal documents that cannot be reconstructed. ***Therefore it is without exception that you are not allowed, under any circumstances, to take records off campus!***

## CURRICULUM

The North Carolina Standard Course of Study is the official state curriculum. This curriculum is the Common Core curriculum created on a national level. Each regular classroom teacher should have a copy of this document as well as the necessary CMS and NC curriculum materials. **Please remember we teach the curriculum, not the textbook. Textbooks merely supplement the curriculum and are to be used as one of our resources.** Please take the time to communicate on a regular basis with your parents concerning the goals, objectives and activities your class is undertaking. Textbook contact: K-2- McLain 3-5- Sinclair

## DISCIPLINE

Teachers are responsible for maintaining good order and discipline in their classrooms and on school campuses. In order to gain a student's respect, we must first respect the student. *Listen* and remember what it was like to be a child. Allow students to question without feeling threatened. ***Do not embarrass, bait, threaten or argue with students.*** Above all, never "back a student into a corner." The student will come out fighting and will usually "win" in his/her peers' eyes. Be fair, firm and consistent. Please refer to the behavior hierarchy, PBIS matrix and policies for additional information about how to enforce Westerly Hills Academy expectations. School wide behavior plan focus will center around positive framing through No Nonsense Nurturing Approach to enhance school wide expectations for Student Culture (classroom, hallway, cafeteria, transition and AM/PM dismissal. WHA School wide Behavior Plan

## DISMISSAL

Maintaining order on school buses is a difficult task requiring the cooperation of the entire school community. Please do your part by frequently calling the attention of your students to the rules for proper bus behavior. Bus and bus lot concerns should be referred to the administrator in charge of buses. **For more information please see Dr. Johnson.** Teachers are to report to their PM duty post as soon as possible. At times Ms. Williams may call the bus lot team or all teachers to the bus lot to help with supervision of students. For this system to work all staff must participate to ensure a staff dismissal. Please make sure that you follow those protocols at dismissal. Grade Level rep, will report to the front office to check for any late Car Riders to provide the front office with contact information or students who may have missed the bus. This will ensure the front office is supported with late students.

## DRESS CODE (STAFF)

The overriding issues with staff dress center around looking like a **true professional** and maintaining a standard of decency. **A business-like manner is required**. To that end, jeans, shorts of any kind, sleeveless tops, and T-shirts do not qualify as

professional attire. Short dresses and skirts, tight fitting clothes, low cut tops, and anything made out of sheer materials are to be considered inappropriate for a school setting. Physical Education teachers may wear shorts. Even then, standards of decency and professionalism must be maintained. Staff members should dress professionally every day. Leggings should not be worn. Staff are encouraged to not wear rubber flip-flops or tops with "plunging necklines". Think carefully about your dress; it should in no way be distracting to students. **Staff members need to wear their CMS badges at all times during school hours.** **"Staff Jean Club" is a fundraiser event to raise money for the school store. Prizes or incentives will be used as a means to purchase items for the school store to benefit our Kickboard incentive store.** Staff are not obligated to join. This fundraiser will benefit our students. Staff can pay $20.00 for the entire year to wear jeans every Friday. Only members of the jean club may wear jeans every Friday. **On Friday, staff members will be permitted to wear jeans when they are wearing Westerly Hills colors and/or spirit wear. Jean clubs list will be sent to staff.**

## EARLY LEAVE (STAFF)

**Early Leave**- Teachers are encouraged to schedule doctors appointments after school hours, care problems or child's appointments after school hours. **If a staff member must leave early, he or she must submit a yellow sheet for the amount of time and reason. The amount of time will be deducted from the staff member each time.** The staff member is responsible for seeing that his/her class and/or duties are covered and must have administrator approval before leaving.. Staff must sign out in the front office in the Early Leave form yellow sheet (must be signed by an administrator before leaving) in the front office before leaving. **Early leave is defined by leaving the instructional hours after your start time of 7:15 am.**

## EMAIL ETIQUETTE

E-mail provides for immediate communication. It is expected that all staff will check their email first thing each day, last thing each day, and (if possible) during the day. **Parent emails received require a response within 24 hours. All email communications and information transmitted by, received from or stored on district servers or desktop computers are the property of the district and public information. As such, e-mail should be used for job related purposes.** All email accounts shall be used only by the authorized user and sharing an ID and password with any other person is discouraged.

All email users should follow the "etiquette for email" which includes, but is not limited to, the following actions:

**Don't assume that your e-mail messages are private. Email is public record and CMS must provide it upon request. Don't send something you would not want to see in the daily newspaper.** Read your email regularly.

Delete unwanted messages since they take up disk storage (you must delete the deleted folder as well to free up the space.) You should also delete messages from your sent folder.

Do not spam (sending email to others without their permission) other users by sending junk mail.

Respond to your email within 24 hours and include the original message in your response.

Don't use email for commercial ventures, religious, or political causes or other non-work-related solicitations.

Include your full name and where you work in your email signature.

**NOTE: Staff are not allowed to send "ALL Staff" emails without prior approval by an administrator.** If a staff member wishes to send an email to all staff, please seek permission or have Ms. Williams or Ms. White to support you. This will limit the number of emails read each day by staff or prevent overflow of communication.

## EMERGENCY LEAVE (STAFF)

Emergency leave **(two hours or less)** may be taken twice within a semester without loss of personal or sick leave with approval from **Ms. Williams/Dr. Johnson.** Amount of time and reason will be recorded. The staff member is responsible for seeing that his/her class and/or duties are covered. Staff must sign out in the front office in the Early Leave notebook and submit an Early Leave Form located in the front office . *When a staff member has accumulated 4 hours of emergency leave, the staff member will be required to take sick or personal leave in half-day increments.*

## EQUIPMENT

All equipment in classrooms will be verified by the teacher and the MMIS coordinator ( Mr.McCrimmon).  If media equipment needs repair, inform the media specialist immediately.  All other equipment repair needs to be reported to our technology associate  as appropriate.  **Do not move equipment or furniture without permission from Ms Williams (McCrimmon-Technology and Simpson -Furniture).**

## FACULTY MEETINGS

Faculty meetings will take place every Wednesday for staff members.  They will be held in the media center unless otherwise notified.  **Do not plan any doctor's appointments, conferences, tutoring sessions or other meetings on Wednesday afternoon.  Staff meeting hours are 3:30 to 5:00 pm, please be expected to stay the entire time.** All staff are expected to sign-in for Staff Meeting.  Each grade level will be responsible for hosting Staff Meeting snacks the 2nd of the Month. A rotating schedule will be created in advance.

## FAIR LABOR STANDARD ACT

The Fair Labor Standards Act requires non-exempt (hourly employees) to utilize the designated system and process for tracking hours worked. Staff members are expected to punch in and out at their scheduled time. Altering the work day (i.e. coming in early to leave early or vice versa) will not be permitted. All employees are expected to work the stated workday unless prior approval is given by an administrator. CMS does not pay overtime to hourly employees. Keep track of hours daily and total your hours each week.

## FAMILY LEAVE

Every effort will be made to release a staff member for a reasonable amount of time to attend special functions at his/her child's school without charge of personal leave.  Staff members are responsible for arranging their own coverage and communicating with affected colleagues. **Procedures for requesting emergency leave should be followed.**

## FERPA

The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) is a Federal law that protects the privacy of student education records. The law applies to all schools that receive funds under an applicable program of the U.S. Department of Education.

FERPA gives parents certain rights with respect to their children's education records. These rights transfer to the student when he or she reaches the age of 18 or attends a school beyond the high school level. Students to whom the rights have transferred are "eligible students."

- Parents or eligible students have the right to inspect and review the student's education records maintained by the school. Schools are not required to provide copies of records unless, for reasons such as great distance, it is impossible for parents or eligible students to review the records. Schools may charge a fee for copies.
- Parents or eligible students have the right to request that a school correct records which they believe to be inaccurate or misleading. If the school decides not to amend the record, the parent or eligible student then has the right to a formal hearing. After the hearing, if the school still decides not to amend the record, the parent or eligible student has the right to place a statement with the record setting forth his or her view about the contested information.
- Generally, schools must have written permission from the parent or eligible student in order to release any information from a student's education record. However, FERPA allows schools to disclose those records, without consent, to the following parties or under the following conditions (34 CFR § 99.31):
  - School officials with legitimate educational interest;

- Other schools to which a student is transferring;
- Specified officials for audit or evaluation purposes;
- Appropriate parties in connection with financial aid to a student;
- Organizations conducting certain studies for or on behalf of the school;
- Accrediting organizations;
- To comply with a judicial order or lawfully issued subpoena;
- Appropriate officials in cases of health and safety emergencies; and
- State and local authorities, within a juvenile justice system, pursuant to specific state law.
- Schools may disclose, without consent, "directory" information such as a student's name, address, telephone number, date and place of birth, honors and awards, and dates of attendance. However, schools must tell parents and eligible students about directory information and allow parents and eligible students a reasonable amount of time to request that the school not disclose directory information about them. Schools must notify parents and eligible students annually of their rights under FERPA. The actual means of notification (special letter, inclusion in a PTA bulletin, student handbook, or newspaper article) is left to the discretion of each school.

## FIELD TRIPS

**Grade Levels will only be allowed 3 non-required trips. Requests for field trips must be made so that the request is received by the transportation specialist at least four weeks** in **advance.** Dr. Johnson and Ms. Jones will support School wide Field Trips. Teachers are responsible for entering Field Trips in Ed Journey. Please be sure to use the correct form in requesting a field trip. A printed request must be turned in to Dr. Johnson when completed. When looking into non-required trips, be sure to take into account the cost of the actual event, mileage to and from the location, and use of the bus. Since students will be required to pay for such non-required trips, financial situations should be taken into account.

*Grade level Leaders are responsible for coordinating field trips and completing all paperwork in a timely manner.* Plans and paperwork should be submitted to Dr. Johnson for approval far enough in advance to meet the deadline requirements (approximately 4 weeks). Please contact the cafeteria a **minimum of 3 weeks in advance** to inform of the trip to prepare for lunch. **Only Ms. Jones and Ms. White will receive field trip money through SOP or during office hours. SOP training will be provided to parents during Curriculum Night.**

| Field Trip-What To Do | Who | When | Follow-Up |
|---|---|---|---|
| Enter Into Ed Journey | Grade Level Leader | 6 Weeks | 3 weeks in advance with total no. |
| Students Paying for Trip | Ms. Jones, Ms. White | 1 weeks once principal has approved trip | Check on number of students using OSP, and Office Hours |
| Invoice for Trip | Grade Level Leader | Submit Invoice 2 weeks before trip | Follow-up with Ms. White |
| Request check for payment of field trip | Grade Level | 1 week before trip | 3 days before trip |

Every student must have a signed permission slip for a field trip. Plans to collect fees from children need to be discussed with an administrator prior to planning the field trip. Team members will need to work with the cafeteria staff to ensure that students' lunch needs are met. *No student can be deprived from going on a field trip because (s) he cannot pay the fee. Plans to leave a child at school because of behavioral problems must be approved by an administrator.*

## FINANCIAL PROCEDURES

### A. Purchasing Instructions

***All purchases are processed through the Financial Secretary's Office.*** **The following procedures must be followed:** Requests for purchases are submitted to the Financial Secretary. R**equests must include vendor name and address, item number, item description, quantity, price per item and shipping cost. Written quotes from vendors are preferred. Payment for purchases made without a CMS purchase order will be the responsibility of the person placing the order.** Purchase orders must be issued for all items, including club projects such as t-shirts. The only exception to the purchase order requirement is the purchase of consumable items such as snacks for a club activity or meeting. **Staff must check with Ms. Williams and the Financial Secretary before purchasing consumables. Reimbursement for consumable items is handled via a check request form and requires the original sales receipt. Receipts must be itemized.**

Forward packing slips/invoices to the Financial Secretary. Note that vendors cannot be paid until shipments are verified as received. Packing slips serve as verification. Email the Financial Secretary to confirm receipt of order if packing slip was not included with the items..

Plan ahead! All purchase orders are processed through the CMS Purchasing Dept. and go through several approval levels. Sometimes this process takes several days, even longer, for service contract purchase orders.

**B. Fundraiser General Guidelines:**
**All school fundraising must be approved in advance by the Principal, Zone Superintendent and School Financial Advisory Committee. All forms must be completed and approved BEFORE any monies are collected for the fundraiser. See "Forms" section: Fundraiser Forms.** NOTE: Fundraisers are not always held for the purpose of making a profit. **A fundraiser occurs anytime monies are collected.** A good example is the sale of shirts for a club. The grade level advisor may collect funds to pay for only the COST of shirts but is still raising funds so this is considered a fund-raiser. Teacher advisors and others with the responsibility of handling monies collected from students should submit requests for fund-raising **at the beginning of each school year**. Be sure to plan in advance for projects that will occur during the year. Collections of dues for clubs are exempt from the fundraising process. NOTE: Raffles and bingo games are not allowed. Fundraisers that last more than a few weeks require a monthly inventory report. This report should include a record of beginning inventory, sales from that month, and ending inventory. In general, fundraisers should be planned to last for no longer than two to three weeks.

Receipts collected from students for fundraisers must be turned in to the Financial Secretary on a daily basis using the proper receipt books issued by the school. Do not hold receipts until the activity has been completed. Club advisors should complete a Financial Obligation Form for students who owe money at the end of a fundraiser and turn in to the Financial Secretary.

Purchase orders are required for all items purchased from proceeds from fundraisers.

**C. Fundraiser Specific Instructions: STAFF MUST HAVE PRIOR APPROVAL  BEFORE CONDUCTING ANY SALE OR FUNDRAISER PRIOR TO SOLICITING ***** NO STAFF IS ALLOW TO SELL ITEMS INSIDE OF THEIR CLASSROOM ****** Board Policy. I.e.candy, chips, etc.**

**Before the Fundraiser Starts**: 1. Complete the Fundraising Report listing all projects planned at the beginning of the school year. By Grade Level leader only. 2. Complete the Request for Fund-Raising Project for each planned project. 3. Both of these forms are turned in to the Financial Secretary near the beginning of school.

During the Fundraiser: 1. Turn in money daily. 2. Complete monthly inventories for long-term projects. 3. Provide the Financial Secretary with purchase plans so the CMS purchase order can be generated.

After the Fundraiser Ends: 1. Notify the Financial Secretary that the fundraiser has ended within one week. 2. Complete Summary of Fundraising Activity form. The Financial Secretary will assist.

3. Complete Financial Obligation forms for students who still owe money for fundraising project.Essential Standards Chart

D. Receipt Instructions for Homeroom Teachers and Club Advisers

1. Receipt books are distributed to each homeroom teacher and club adviser. Handle receipts as follows:

- White copies are given to students.

- Yellow copies are sent with the deposit and teacher turn-in forms.

- Pink copies remain in the receipt book.

2. Do not erase if errors are made in writing receipts. Void all three copies and staple in the receipt book. All receipt copies must remain together.

3. PTA dues and Booster Club dues are not received by teachers. Parents are instructed to pay separately for those fees. Send these payments to the Financial Secretary in a separate envelope. Do not include on teacher turn-in forms.

4. Student insurance applications are not processed by the school. Insurance forms are distributed to students in the homeroom, but insurance applications, waivers, and checks are mailed directly to the insurance company by the student. Do not collect any insurance forms from students.

5. Arrange all cash flats, face up, and turn the same way. Place coins in wrappers accordingly. See Financial Secretary for wrappers. Do not partially fill coin wrappers.

6. All money must be turned into the Financial Secretary by 1:00pm daily, accompanied by the teacher turn-in forms and yellow receipt copies. Totals on the turn-in form and money collected must balance.

7. All money received by the Financial Secretary is deposited daily.

8. Do not leave money with anyone other than the Financial Secretary.

9. Completed receipt books should be totaled with the amount written on the front cover. Turn in to the Financial Secretary at the end of the school year.

10. FINAL NOTE: Make sure deposits are turned in daily to the Financial Secretary. <mark>Do not hold money in your classroom only assigned staff will be allowed to receive money per Ms. White.</mark> All receipts should be dated the day collected with the date clearly marked.

## FURNITURE AND EQUIPMENT

School furniture **SHOULD NOT BE MOVED** from one classroom to another without permission from Ms. Williams and Ms. Simpson. All furniture and computer equipment have been inventory. The media center will receive all new equipment, engrave the equipment, and then record it on the Inventory List (MMIS). All equipment and materials will first be delivered to our financial secretary. A Transfer of Furniture and Equipment form must be filled out and approved by Ms. Simpson if equipment is transferred AWAY from Westerly Hills. **NEVER move a computer or media equipment without first speaking** to Ms. Simpson. If anything is missing from a classroom, a "Break-In, Theft and Vandalism" Report must be completed. Forms are available in the Main Office. The School Resource Officer and the administration must be notified.

## GRADES

Refer to the all staff google calendar for dates for progress reports and report cards. It is imperative that all staff members comply with the district guidelines and dates for updating parents and students regarding their progress. **PowerSchool should be updated a minimum of weekly with additional grades. Grades for assignments should be returned to students, no more than one week following the student's submission of that assignment.**

## GUEST SPEAKERS

Limited contracts are required for guest speakers, special programs, and field trips involving chartered buses that require fees to be paid by the school. *Plans must be made and approved by the principal far in advance since a turn-around time of one month is required by CMS for paperwork. In keeping with the Superintendent's initiatives, guest speakers and visitors to classrooms must be approved by your administrator **BEFORE** they are invited to come.* This includes parents who come in to share information about their jobs, etc.

## HALLWAY MOVEMENT

Please follow procedures outlined in the routines and procedures document reviewed in your grade level meetings. Using the MVP voice level and walking on the right side of the hall. Teachers should be seen walking in the center to ensure they are "being seen looking" at all times.

## HEALTH ROOM

The health room is located in the main office area. Use good teacher judgment in deciding whether or not to send a student to the office for illness. Except for extenuating circumstances, health room stays should be limited to 30 minutes. Staff members are required to wear rubber gloves when treating injuries. Any blood loss is to be reported to the office and cleaned up while wearing rubber gloves. All classrooms should have a Bloodborne Pathogen Kit.

If there is any question as to whether or not a student is seriously injured, the child should not be moved and the office should be called. A parent should also be called after the incident is taken care of. Brief telephone calls to alert parents about insignificant injuries, to show concern for students who are absent more than a couple of days due to illness, etc., will enhance interpersonal relations with the school community.

## IEP / 504 MEETINGS

**It is a legal requirement that teachers of students participate in required IEP / 504 meetings as they are planned.** Accommodate the case manager to assist in supporting the success of students. Only one teacher needed from the grade level for any meetings.

## INCLUSIVE PRACTICES (EC)

Inclusion of students identified as Exceptional Children is a federally sanctioned practice and can be extremely successful for students in regular education and for students who are part of the EC Department. NCLB and the Individuals with Disabilities in Education Act make it imperative that those students with disabilities, no matter what their level of functioning, access the general curriculum to the maximum extent possible. Independence must make sure that all students and student sub-groups (including EC) make adequate yearly progress (AYP). The best way to do that is often by including EC students in the regular education classroom. Each staff member is expected to teach students with exceptionalities. Faculty and staff roles may range from co-teaching or serving as a mainstream teacher to supporting students as they move around the school campus.

## INCLEMENT WEATHER

Do the impossible--Keep your students calm! You will be informed as soon as possible of a decision for a late start or early dismissal because of inclement weather. Announcements regarding school closings will be made via the radio no later than 5:30 AM. If there is no announcement, school will be open as usual. Please do not call school or the West Learning Community to ask whether or not schools will be open. In the event that school is dismissed early, all staff must remain until all students have departed unless other arrangements have been made with an administrator. **An optional teacher workday means that a staff member must report to work or take annual leave.** (Available annual leave days are recorded each month on your check stub.) Above all, our children's safety is our first concern.

## INDIVIDUALIZED INSTRUCTION

Westerly Hills Academy strives to meet all unique needs of students with disabilities through creating individualized plans. We have a responsibility of knowing the plans, implementing the plans and accommodations with fidelity, and monitoring students' progress. Please keep all plans in a confidential location in your classroom. This information should be available and brought to planning meetings, Individual Education Plan (IEP) meetings, etc. Additionally, all information should be kept secure in an effort to protect students and families under the Family Educational Rights and Privacy Act.

- **504 Plan** A plan developed to ensure that a child who has a disability identified under the law and is attending an elementary or secondary educational institution receives accommodations that will ensure their academic success and access to the learning environment. **Contact Ms. Cooper, counselor, for more information on 504 Plans.**

- **Individualized Educational Plan (IEP)** A plan or program developed to ensure that a child who has a disability identified under the law and is attending an elementary or secondary educational institution receives specialized instruction and related services. **Contact Ms. Nicole Przedpelski, EC Compliance Facilitator, for more information concerning Exceptional Children. Follow this link to EasyIEP: https://go8.pcgeducation.com/nccharlotteiep/**

- **ESL/LEP** English language learners have unique and varied instructional needs. Some students come to the United States with an impressive command of the English language and have had consistent schooling throughout their lives. Others speak little or no English, yet have strong content knowledge. Others may come to us with little or no English language skills and have had little, or interrupted (SIFE) education because of the instability within their country of origin. Depending on their abilities, English language learners may qualify for testing accommodations, or, in some cases, exemptions from state and national testing. These students require a set of instructional strategies where scaffolding of language acquisition occurs concurrently with content instruction. The research-based and validated instructional model that has proven effective in addressing these unique needs is Sheltered Instruction Observation Protocol (SIOP). You will need to provide the LEP Committee with periodic updates on individual student progress and provide documented testing accommodations on classroom, local, and state assessments. **SIOP course through MyPD if you need to learn more about implementing SIOP in your classroom.**

CMBOE 0034

- **Intervention Team/Behavior Plus –** Students in Intervention Team are protected under IDEA.  Data must be collected in accordance with guidelines.  **Contact grade level counselor  for assistance or questions.**

## INJURIES (STUDENT)

If a child is severely injured anywhere on school grounds (possible broken bone, large bump on the head, etc.):

- **Don't move the child! Use your best judgment when students are injured.**

- Call the office

- First responder will come to you: BMT Ms. Carroll, Mr. Edward, School Nurse and ISS

- If necessary, ambulance will be called

- Prepare the required accident form and submit it to Ms. White  for principal signature.  The student accident report must be completed the day the accident occurs. The form must be signed by the Principal and sent to the safety office.

## INJURIES (STAFF MEMBER)

If a STAFF MEMBER is injured anywhere on school grounds:

- Notify your grade level/department administrator immediately.  If he/she is unavailable, please see his/her backup administrator designee.

- Complete the workers compensation form located in the staff information folder on google drive.  Submit this to Ms. Ms. White or an administrator immediately (definitely prior to leaving for the school day).

- Do NOT see your own personal physician or emergency/urgent care (out of the network for workers compensation) until you have completed the appropriate documentation.  If you do not report the injury and go to see your own medical professional, you will incur your own cost to the visit and any subsequent treatment.

## INTERNET USE

School computers, printers, and the internet are tools provided for your work as an employee of CMS. To that end, please be aware that a monitoring plan is in place to check websites visited, documents created and printed, etc. Please make sure all work is school appropriate!

## INSTRUCTIONAL POLICY AND REGULATIONS – CMS

Elementary Grading Policy
Elementary Grading Scale

Grading and Assessment Policy
Grading and Assessment Regulation

Tests and Examinations Policy

Tests and Examinations Regulation

Homework Policy
Homework Regulation

Promotion, Retention and Acceleration of Students Policy
Promotion, Retention and Acceleration of Students Regulation

Graduation Requirements Policy
Graduation Requirements Regulation

There are 27 Board Policies and their associated Regulations on Academic Achievement that can be found here:
Board Policy and Regulation Table of Contents

## INSTRUCTIONAL SCHEDULE

Our goal is to ensure we provide quality instructions throughout our instructional hours from 8:00 am to 3:00 pm. All grade levels will frame their instructional daily schedule for their content area. To ensure our maximum impact on students all teachers must adhere to their instructional daily schedule for the Math and Literacy block. Teachers must manage their time by using a timer to ensure the schedule is adhered to, especially during the morning arrival, lunch and PAT. Please see the content instructional schedule during planning.

## ISS PROCEDURES

In-School Suspension is a discipline alternative used to correct behavior while still being able to provide academic monitoring for students. All efforts will be used to allow meditation to ensure students are able to return back to class with a fresh start. Teachers will be expected to meet with a student and counselor to process the incident. In order to provide consistency within our ISS program school-wide, the following procedures will be followed:

**Teachers who have students assigned to ISS for the day:**
1. Grade level administrator will notify you to provide work prior to the day of ISS. The only exception to this rule will be when an incident occurs in the morning and ISS for that day has been given. It is suggested that teachers prepare a set of ISS packets that can be given at a moment's notice so you can continue teaching until you have time to get more current material ready for them.

2. Work must be in sufficient amounts and delivered to the ISS Coordinator by 8:15 am on the day of ISS. Students will NOT come around to your room to get work!

3. The coordinator will return the work completed to the classroom teacher.

## LESSON PLANS

It is essential for rigorous daily instructions all teachers must have a daily lesson plan for all content areas. Teachers must submit their lesson plans one week in advance for review on Thursday, by 3:30 pm to their instructional coaches for review. Suggestive feedback is expected within 24-48 hours. Lesson Plan Format must consist of the components: "I Do, We Do, You Do" -see planning expectations or instructional coach

## LICENSURE

Professional Educator's Licensure Categories:
**Standard Professional 1 (SP1) Professional Educator's Licenses** are intended for teachers with 0-2 years of teaching experience, and are valid for three years. To be issued a SP1 Professional Educator's License, an individual must have:
- Completed a state approved teacher education program from a regionally accredited college or university, or

- Completed another state's approved alternative route to licensure, met the federal requirements to be designated as "Highly Qualified," and earned a bachelor's degree from a regionally accredited college.

**Standard Professional 2 (SP2) Professional Educator's Licenses** are intended for teachers with 3 or more years of teaching experience, and are valid for five years. Teachers who are fully licensed and "Highly Qualified" in another state who have three or more years of teaching experience in another state AND who meet NC's Praxis testing requirements OR have National Board Certification are issued the SP2 Professional Educator's license.

## MEDIA CENTER

The Media Center is a most valuable resource available to teachers and students. The Westerly Hills Academy media center has been updated with a wealth of reference materials, and equipment. A video permission form must be completed a minimum of 3 days in advance of the planned video use. This must be submitted to your assistant principal. Films, filmstrips, etc. may be ordered through the media center. Catalogs are available to help you. *Audio-visuals, including videos (must have a G rating), must be instructional in nature with planned objectives and assessment procedures. Teachers must have prior approval from their instructional coaches or administrator before showing movies outside of their content.* We do not show Movies for "Free Time".

## MEDICATION

All medication must be administered by a staff member according to CMS guidelines. The required form is located in the CMS Elementary Student Handbook and must be completed by the child's physician. Under no circumstances should a student be given Aspirin, Tylenol, etc. by a member of the staff. Please do not give children hard candy or cough drops due to choking hazards.

## MEETINGS (PLANNING)

Please see the Planning Calendar in the Staff Expectations folder. Attendance in planning sessions is required and full engagement on the part of all staff members is expected.

## MONEY & RECEIPTS- please see School Finance

**All money collected will be done by the Senior Admin Secretary DAILY in the front office or by OSP (Online School Payment). This must be done by 11:00 AM.** Grade level leaders will only collect money if needed and must have the permission of the principal. GL should include a class roster along with the turn-in form to record the amount of money received. The financial secretary and the GL will verify the amount and sign the receipt. Money should be collected in the morning from students and turned in by 11:00 AM. Violations of this policy will be written up – this is a system mandate. Make sure that receipts are completed accurately. Receipts written must match the teacher turn-in form. Do not detach and VOID receipts from the receipt book. All receipt books will be reviewed by Ms. White. **No staff member will be allowed to sell any items in their classroom (i.e. candy, chips, pencils etc.) this violates the Board policy. Violations of this policy will be written up – this is a system mandate.**

## NEGLIGENCE

In this age of lawsuits, it is critical that those of us who work with the public, especially with students, do nothing to compromise their safety or security. The responsibilities of supervision are vital and must be performed with care and a conscientious attitude. In addition, those who have been in education for some time may need to relearn behaviors now understood to be compromising. **To that end, never leave students in a classroom or other location without adult supervision. Do not put students in the hall unless they are working as a group and you are supervising. Never leave**

**your room unlocked so students can gain access to space where they might go undetected and engage in dangerous activities.** Teachers and paraprofessionals are responsible for having visibility for students at all times. Arrivals and departures are key times of the day. DO NOT LEAVE STUDENTS IN YOUR CLASSROOM UNLESS THEY ARE SUPERVISED BY AN ADULT. Please remember that anything that happens when students are under your care is your liability should an accident occur. Children must be supervised at all times. A student <u>cannot</u> be left alone in the hallway or in a classroom to work. Do not send students out of class for discipline reasons. If they need to be removed, call for security to remove them or send them to a colleague by prior arrangement. Students assigned to your class are your responsibility and must remain under your supervision. Failure to report to or carry out an assigned duty, resulting in injury to a student constitutes negligence. Knowledge of dangerous or potentially dangerous situations (even when created by colleagues) which go unreported can also be considered negligent. Work as a team and support our common effort to ensure safety in school.

## PROFESSIONAL DEVELOPMENT OPPORTUNITIES

Professional development is the strategy schools and school districts use to ensure that educators continue to strengthen their practice throughout their career. To ensure that opportunities for attending Professional Development within the district or outside of the district are considered, all staff must request in advance for approval to request absences for professionals. Protocols must be followed before submitting. Please see protocols for professional development. **All requests will require approval from Ms. Williams before attending.** Teachers participating in PD outside the district must provide thorough lesson plans that are readily accessible for the substitute teacher. The sub folder must contain detailed information about the daily schedule, classroom procedures, student information, and emergency procedures.

## SAFETY AUDITS

When the CMS Safety Audit team comes to visit our school they will check to see if empty rooms are locked and if open doors have a staff member standing by on duty. They will ask questions of students and staff as to whether we feel safe at Westerly Hills, if we know the rules, etc. They will also ask for our announced emergency code for a lockdown situation **(LOCKDOWN)**. They will ask who is on the Safety Team: The answer is: (Administrators, Security Associates, and BMT's). You can refer to the sticker on the back of your ID badge, if needed. Westerly Hills Academy code to end a lock down is: **(This ends the Lockdown for Westerly Hills Academy)**

## SCHOOL LEADERSHIP TEAM

Opportunities to solve problems and create new and different ways of addressing issues that come up in the everyday life of the school are the responsibility of all members of the staff. Certainly any issue that needs immediate attention should be brought to the assistant principal or the principal for quick resolution. There is a process for handling issues that relate to an entire team or the school as a whole. The School Leadership Team is a group of teacher leaders made up from each grade level and support team. This group meets once a month and brings concerns and suggestions for dealing with the concerns from each grade level group. The SLT is meant to be a **problem solving group and should give voice to all teachers.** Westerly Hills Academy is a school that believes in shared decision making. All suggestions are welcomed and are considered by the SLT. One teacher from Westerly Hills is selected by the staff to represent our school on the TAC (Teacher's Advisory Council). This person takes concerns that are the system, not one teacher. TAC must have scheduled monthly meetings. If the concern is a system issue, the TAC must report the concern in a professional manner with a solution document with all representatives involved in the process. The TAC, will utilize the school's 1st Responder List to ensure all concerns are addressed to the appropriate person first, with a solution. If the concern is a system issue, the TAC must report the concern in a professional manner with solutions.

## SECURITY / SAFETY CODE VIOLATIONS

Teachers are responsible for making sure that all windows and doors are closed and locked at the end of each day. Lock your room when it is empty during the day, and we suggest that you keep your purse with you at all times or in a locked area.

The Safety Code prohibits the use of space heaters, extension cords, lights on live Christmas trees, individual classroom coffee pots and refrigerators in classroom areas. According to the fire code, flammable hanging objects are no longer allowed (from lights or ceilings). They can cause false alarms with our sensitive security system. If you have curtain accents; they must be fire-retardant or must be sprayed by Building Services. Be sure to notify the office immediately of unidentified visitors. In the case of a break-in, immediately report to an administrator. Do not clean up evidence until given the okay to do so.

**No one may leave or reenter any part of the facility after the alarm has been set.**

### SEXUAL HARASSMENT-TITLE XI

More information will be forthcoming at future faculty meetings
District Title XI Policy

### SMOKING

Smoking is prohibited on school grounds.

### SOCIAL MEDIA

**You are a representative of Westerly Hills Academy and of CMS, when on social media.** Be careful of what you post. Do not post items that you would not want a student, parent or supervisor/colleague to see. **Please be mindful, to not take pictures of students, staff or events at Westerly Hills and post them on Facebook.** Staff must refrain from using ==Social Media during instructional hours 8:00 am to 3:30 pm. This is a violation of CMS Code of Ethics.==

### STUDENT ADMISSION/WITHDRAWAL

*Entries:* When a new student is enrolled the secretary will complete the necessary information and notify the teacher of next steps. Once the child is placed in your classroom, please notify the assigned facilitator of any additional textbook needs. If these books are in surplus at the school, they will be placed in the teacher's box by the end of the day.s

*Withdrawals:* When a student is withdrawing from school you must notify the attendance secretary (Ms. Truesdale) for immediate action. Once the student has officially been withdrawn from your class, please return the extra textbooks to assigned facilitators. These must not be kept in the teacher's classroom, but should be returned to the schools central surplus center.

### SUBSTITUTE PLANS

Please follow procedures outlined in the academic expectations document reviewed in grade level meetings.

### SUBSTITUTE FOLDER (EMERGENCY)

Please follow procedures outlined in the academic expectations document reviewed in grade level meetings.

### SUPERVISION

Teachers and paraprofessionals are responsible for having visibility for students at all times. Arrivals and departures are key times of the day. DO NOT LEAVE STUDENTS IN YOUR CLASSROOM UNLESS THEY ARE SUPERVISED BY AN ADULT. Please remember that anything that happens when students are under your care is your liability should an accident occur. Children must be supervised at all times. A student <u>cannot</u> be left alone in the hallway or in a classroom to work.

**SUPPLIES**

1. **Supplies may be requested by completing the form in the front office, please fill-out and submit to Ms. Carroll.**
2. **Ms. Carroll will fill the order and deliver the requested items.**

**GL representatives - (5th grade- WItherspoon , 4th -Simmons, 3rd- Bess, 2nd-Debradbis, 1st- K-Ellico**

**Curriculum Materials & Resources - must be requested by instructional coaches.**

**\*NOTE\*** Please allow at least **3 school days to receive your supplies provided they are in stock**. Ordering will be on an "as needed" basis. Computer printers are not to be used as copiers and should be used for instructional use only. **Do not purchase materials without prior approval, if reimbursement is required. There are no exceptions to this rule.**

**TARDIES ( STAFF )**

**Tardies to Work:**. Staff reporting time is 7:15 am. Tardiness is defined by an arrival after 7:15 am **If a staff member is running late, he/she must call an administrator or GL or text before 7:00 am. Williams-704/651-4091 Staff is encouraged to prepare their classroom at the end of the day for the next day.** Staff are expected to sign in each morning using Lobby Guard. **Consistency tardies will be added to the NCEES evaluation Standart I Element D. Tardy reports from Lobby Guard will be used as artifacts for the Evaluation Cycle for all staff.**

**TEACHER ASSISTANTS**

Teacher Assistants serve a number of important roles at Westerly Hills Academy. The teacher assistant has many responsibilities throughout the entire school. Teacher Assistants are covered by the Fair Labor Standards Act and may not work in excess of 37.5 hours per week without express permission of the administration. Teacher Assistants are expected to work with scholars in small groups, one-on-one and whole class throughout the school day. Clerical matters will be limited to times when scholars are not in class. TA will attend content planning meetings with their assigned grade level to support students. TA will have an assigned daily schedule. TA's serve the entire school when not with grade level or assigned duties by an administrator not limited to support school wide testing.. EC teacher assistants may not work in excess of 40 hours per week without express permission of the administration, which must be aligned to support students in grade level content, one on one or pulling small groups aligned to accommodations and modifications. TA's hours are 8:00 am to 3:15 am. TA's are expected to sign in each morning using a time clock. **Consistency tardies will be added to the NCEES evaluation. Tardy reports from Time Clock will be used as artifacts for the Evaluation Cycle for all staff.**

**TRANSPORTATION**

Teachers are required to ensure that all students get home safely at the end of the day. If you are unsure of how students go home, please contact the office or an administrator prior to lunch time. Staff must have permission by an administrator before transporting a student home.

**TUTORING**

Board Policy #4110.3 prohibits CMS employees from:
1. Tutoring for compensation for their own students.
2. Tutoring for compensation during their work hours (8:15 – 4:15)
3. For Pay Tutoring is not allowed on school campus

## VIDEOS

No videos may be shown unless checked out from our media center or purchased by our school as part of our instructional program. There must be instructional alignment for all videos shown. Due to copyright laws, no other videos may be shown (i.e., RedBox, TV movies). If you have questions, please consult an administrator. **Failure to follow these guidelines will be considered a serious breach of school and district policy.** We have a few videos in our library that are Rated PG / PG-13. Parental permission slips must be obtained before permission will be given to release the video to be shown. Permission slips are available in the media center.

## VISITORS

Please ask parents to schedule their visits with you and an administrator with 24 hours advance notice.  No other visitors are permitted in the classroom during instructional time without permission from an administrator.  Approved volunteers must register in the CMS volunteer system. All parents must record on their students **Blue Emergency Form** of any custody issues and legal guardian  or school visitors **(this includes early dismissal or visits for lunch)** to prevent any issues regarding custodian rights.

## WORKROOM

Each staff member is assigned a mailbox that is located in the front office.  Communications and correspondence will be placed in these mailboxes, including any phone messages. Staff members are to check their boxes at the beginning of each day and at the end of each day. There is no way to completely secure this area, so caution is advised when placing items in mailboxes for others. **Students are NOT allowed in the mailroom. Do not send a student to get your mail, make copies for you, etc.**

The faculty workroom/lounge should be a place where you can take at least a moment to unwind!  **Please help** us keep these areas inviting to visit!  We ask that everyone help keep the lounge tidy by placing drink cans and other waste in the wastebasket. **All food should be removed from the refrigerator at least once a week (before Friday) or it will be discarded. We are a culture of care, please refrain from taking items, not yours.  Please** take a moment to clean up the microwave when you use it!  It certainly is unappetizing to open the door only to find that someone allowed a dish to boil over or splatter and then did not take a moment to wipe up behind themselves. **Students are not permitted in any workroom.  Do not send students for drinks or other items.**

**All teachers at Westerly Hills Academy are expected to adhere and exhibit the following:**

# Culture of High Expectations for Classroom Set-up

<u>Classroom Essentials</u>  **- To be posted in the room is the following:**

**Classroom Board**
- ❑  Section off with (board or painters tape)

**Visible**

**Daily Schedule:**
1. Include date (vary...8-25-15; August 25, 2015; Monday, August 25, 2015)
2. Display in prominent place (preferably in front of room)
3. Use large print, Neat
4. Ensure optimum use of time
5. Breakdown Literacy and Math Blocks
6. Homework
- ❑  Sub Plans -visible on the teacher's desk
- ❑  Essential Question -scholar friendly objectives containing both content and language standards written in "I can statement...."
- ❑  Lesson Plan (1 week plan in advance, shared in google doc by Thursday for review by 3:30 pm before the next week for review by Instructional Coach)
    1. Grade Level Plans-any changes must noted
    2. Small Group Lesson Plans (with scholar names and stations labeled along with standard)
        1. Guided Reading
        2. Literacy/Math Workshop
        3. Word Work
        4. Intervention block " WIN"

**Display Students' Work (refer to bulletin board expectations):**           **School wide Posters**
- ❑  Celebrate scholars' accomplishments                                       Uniform Policy
- ❑  Exhibit in hallways and classrooms                                         MVP Voice Level
- ❑  Present in an attractive manner                                            School wide Positive Behavior Poster

<u>**Word Walls (ongoing)**</u>
- ❑  K-2
        1. Sight Word Wall (ABC) Tier 2 words
        2. Content Word Walls (Math, Science, Social Studies)
- ❑  3-8
        1. Comprehension/Strategy Word wall
        2. Content Word Walls (Math, Science, Social, Studies,
- ❑  Current User Friendly Anchor Chart
- ❑  Current scholar work with lesson standards with date of lesson
- ❑  School Mission Statement
- ❑  Class College Name- Post
- ❑  All About Me Poster (Teacher Section, near desk)
- ❑  Collaborative Desk or Table Arrangement (no rows)
- ❑  Mini Lesson Meeting Area (K-4) for small group along with Workshop Stations -Labeled
- ❑  Neat and Inviting Classroom
- ❑  Posted Procedures i.e. Sharpening pencils,
- ❑  Level Library (K-5) Literacy only
- ❑  Scholar Book Baggies (K-4)
- ❑  Extra Scholar Materials (Pencils, Paper, Markers, Crayons)
- ❑  Electronic Device must be  charged before leaving at the end of the day with labeled with each student's name
- ❑  <mark>Emergency Red Folder posted near door</mark>
- ❑  <mark>Sub Folder or Notebook clearly label on your desk.</mark>

**College/University Artifacts**
- ●  Every teacher is required to have artifacts that represent their alma mater. These can be posted inside and outside of the room.

All Teachers at Westerly Hills Academy are expected to adhere and exhibit the following:

## Culture of High Expectations for Instructional Practices

**Instructional Best Practices adopted from "Teach Like a Champion" by Doug Lemov**

As a school we will focus on four instructional practices consistently throughout the year. The following techniques will be described in detail:
- Technique 18: Check for Understanding
- Technique 22: Cold Call
- Technique 25: Wait Time
- Threshold 41- Set Expectations in your classroom

### Technique 1: No Opt Out
In typical classes, when students don't know an answer, or don't want to try, they quickly learn the teacher will leave them alone if they respond to a question with "I don't know" or shrug their shoulders. The teacher then moves on to another student. Instead, No Opt Out is a useful tool to get all students to the right answer, as often as possible, even if only to repeat the correct answer.
Why is this important:
- Builds a culture of individual accountability. There's no incentive not to try.
- Rehearses success. Students hear themselves getting the answer right.
How to use No Opt Out:
- Another student provides a cue; the original student provides the answer.
- Another student provides the answer; the original student repeats the answer.
- Teacher provides a cue; the original student provides the answer.
- Teacher provides the answer; the original student repeats the answer.

To build even more rigor with this technique, try the following strategies:
- Get it Wrong, Get it Right, Get Another At-Bat – follow up a sequence of No Opt Out with another try at a similar problem.
- Get it Wrong, Get it Right, Get a Stretch It – follow up a sequence of No Opt Out with a follow on question such as, "Why do you think so?" etc.
- Get it Wrong, Get it Right, Get a Teaching Point – follow up a sequence of No Opt Out by normalizing the error, saying "Yes these can be tricky at first," or by asking the whole class to repeat or try another.
- Get it Wrong, Get it Right, Get a "Star" – use one of the above follow ups to make a student feel successful (i.e. "like a star")

### Technique 18: Check for Understanding (CFU)
Good drivers check their mirrors every five seconds. It would be far too costly to wait for an accident to learn what they are doing wrong. Teachers also need to check for student understanding frequently *while* they are teaching to avoid the costly result of waiting until a final assessment. First you need to gather the data, then you need to respond to that data to ensure learning occurs.
Gathering Data:
Traditionally, a teacher would ask students to name a cause of the Civil War and three students would get it wrong and the fourth one would get it right. The teacher would think, "Oh, good they finally got it." However, the Champion Teacher thinks, "only one of four students understands this, I need to circle back." By *sampling* a smaller group of students who are representative of the larger group, teachers can learn about student misunderstanding. It is important to ask *several* students at different ability levels for an answer to provide data. To ensure your data is accurate, you should also check for reliability (do students get the answer correct several times in a row) and validity (is the question measuring the type of material you are ultimately responsible for.)

How to Gather Data:
1. By Asking Questions
    a. Plan targeted questions in advance. A group of 4-6 questions used to assess mastery at key points in your lesson plan
    b. Script out desired student responses. This allows you to focus on the accuracy of answers you get from students.
    c. Strategic Sampling – ask your targeted questions of students across the spectrum of likely skills to yield better results.
2. Through Observation
    a. Circulate and look for the number and types of errors students are making.
    b. Use "slates" (paper/dry erase boards/plickers) for students to hold up their answers so you can check for understanding.

Responding to Data:
There's no sense in continuing on if students don't understand. It's vital to stop and correct misunderstandings, and then move on. The Champion Teacher stops and reteaches the material in a different way, reteaches the problematic step ("I think we're struggling when we get to remainders."), identifies the challenging terms ("I think the term *denominator* is giving us some trouble."), reteaches at a slower pace, or identifies struggling students ("Push ahead in your packets while I work with a few of you up front."

Tips to remember when using Check for Understanding:
- Normalize Error – create a culture that getting an answer wrong is a normal and positive part of the learning process
- Praise Risk-Taking and Effort – specifically encourage students to take risks when they're not confident in their answers
- Withhold the Answer – delay revealing whether an answer is right until you have discussed to further Check for Understanding
- Manage the "Tell" – be aware of unintentional cues that reveal whether an answer is wrong (or right.)

## Technique 22: Cold Call
To cold call you call on students regardless of whether they've raised their hand. For example, you ask a question, pause, and then call on a student. While this sounds incredibly simple, if done correctly, Lemov believes it is the single most powerful technique.
1. Allows you to check for understanding because you choose the student you want to check for mastery
2. You don't waste time asking a question then waiting and cajoling students to answer.
3. Allows you to include more students, not just those raising their hands.
4. Students have ideas, but sometimes won't share them unless you push them.
5. It is a positive and often powerful way to reach students who want to speak but aren't hand raisers.
6. It increases engagement because students don't know when they will be called on, so there is a strong incentive to do the work to be prepared to be called on.

Keys to Using Cold Call Effectively:
- Be Positive – it's not a "gotcha" (i.e. What did I just say?") but a real question. You want students to get it right. A smile always helps to increase positivity.
- Be Systematic – show that it's not personal; Cold Calls come to everyone. Call on multiple students, all around the room. Avoid making Cold Call consistently connected to student actions or affect. This helps Cold Call support Check for Understanding.
- Be Predictable – let students know it's coming, either right now or eventually.
- Unbundle – break big, complex questions apart into smaller connected ones. This will increase pacing and energy and cause students to listen to one another.

**Technique 25: Wait Time**

In this technique you wait a few seconds before calling on a student to answer. Typically, teachers wait only about a second after asking a question which is unlikely to lead to the most thorough or thoughtful answer. By waiting three to five seconds you are most likely to improve the quality of answers and the number of students who volunteer to answer.

Goals for Wait Time:

1. More hands up
2. Wider range of kids wanting and able to raise hands
3. Better, more rigorous answers accompanying hands
4. More cognitive work during the "wait"

<u>Four Steps to Wait Time:</u>

- Narrate Hands – socialize answering and hand raising to ensure that the issue is not motivational.
  - o Examples:
    - ▪ "Three, four, five hands. Now I've got eight…"
    - ▪ I want to see a few more hands before we start."
    - ▪ Maybe Jaquilla's not sure. But her hand is up anyway. That's being a scholar."
- Prompt thinking skills – teach students how to use thinking time productively.
  - o Examples:
    - ▪ "I'm seeing people going back to the chapter to re-read the scene. I'll give everyone a few more seconds to do that."
    - ▪ "If you're not sure, you might flip back to your notes from yesterday…"
    - ▪ "I'm starting to see more hands now. Four, five, seven-great, people are really starting to get comfortable taking a risk here."
- Make Wait Time transparent – let students know when you intend to give them more than a handful of seconds of Wait Time so that they can manage their time accordingly.
  - o Examples:
    - ▪ "This is a hard question. I'll give you 20-30 seconds to reflect."
    - ▪ "You're thinking about this for 10 seconds before you write down your answer."
- Give real time to think time – stop talking to give students quiet time and space to think.
  - o Examples:
    - ▪ "I'll start taking answers in 10 seconds…"
    - ▪ "Hands down. We're thinking."
    - ▪ "You can use this time to think in writing."

**All teachers at Westerly Hills Academy are expected to adhere and exhibit the following:**

## Culture of High Expectations for Instructional Planning

### Lesson Plans
- Guiding Principles form (will substitute for our lesson plans) will be used for developing engaging lessons that must be completed prior to developing daily lesson plans.
- Must identify alignment to the common core state standards/essential standards.
- **DOUBLE PLAN**-Planning what you expect scholars to do- must have exemplary and rubric to illustrate the expectations for quality work from students.
- Must reflect the use of data through re-teaching and differentiation by using the DDI process.
- Guiding Principles form plans are to be saved to the Google Docs under the specific grade level folder
- Small group instruction and plans for instruction- saved to the Google Docs
- Daily <u>Lesson Framing-</u> must be done through the use of powerpoint slides for **all** content using Powerpoint Slides
- School wide Lesson Plan Format- i.e. Math & ELA, (I do, We do, You do)

### Planning Expectations

### Written Objectives
- ❑ Daily scholar objectives must be posted in the classroom.
- ❑ Posted objectives should be written in scholar friendly language.
- ❑ I CAN statements must be written daily and **internalized** by the scholars
- ❑ Writing must be embedded into all content areas

### Goal Setting
- ❑ Teachers will set goals for their content areas for the year to ensure ownership of the school's mission with their coaches which will be used in their PDP
- ❑ Data Wall and goals for grade levels and class displayed in the room on the wall.
- ❑ SMART Goals for Content must be posted in grade level classroom

### Bulletin Boards
- ❑ Bulletin boards will be changed every quarter. Work must be current
- ❑ Bulletin boards near your classroom will be your assigned bulletin for the year.

### Word Walls
- ❑ Word Walls must be present and visible for all scholars, and used by scholars and aligned to the lesson plans or unit.
- ❑ Must be current and up to date
- ❑ Aligned to the weekly vocabulary or sight words (primary grades) or word works

### Personalized Education Plans (PEPs)
- Updated after BOY, MOY, and EOY assessments Any scholar will have a failing grade "F" at the end of each quarter, must have a PEP and a parent conference along with classroom intervention plan developed by the counselor and team.

**All staff and teachers at Westerly Hills Academy are expected to adhere to the following:**

## School wide Meetings Schedules

### Wednesday Staff Meetings

- ❏ Staff Meetings are every Wednesday from 3:15 pm - 4:45 pm.
- ❏ Wednesday's are reserved for Staff Meetings that focus on professional meetings. Your input and involvement are vital to our school's progress. **Please do not schedule doctor's appointments or business meetings on Wednesday's. Missing meetings must be approved by an administrator only in emergency situations within 48 hours.**

| 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|
| Book Study TLAC Technique | Committee Meetings | Content Professional Development | Vertical Meetings/Math & Literacy | Principal Choice |

### Weekly Planning Sessions

- ❏ All content areas will have **Bi-Weekly Content Planning Session.** Weekly planning sessions will focus on weekly data meetings, content planning , coaching and modeling.

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| Content Planning | Content Planning | Content Planning | Content Planning | • Grade Level/Parent Phone<br>• MTSS/Parent Conferences<br>• 4th/5th Free |

### Monthly Leadership Meetings

| Administrative Team Meetings | Instructional Leadership Team meetings |
|---|---|
| **Every Monday Morning @ 9:00 am** | **Every Friday @ 1:30 pm** |
| **School Leadership Team Meetings** | **New Teacher Meetings** |
| **1st Tuesday of the Month @ 3:45 pm** | **2nd Tuesday of the Month @ 3:45 pm** |
| **MTSS Leadership Team** | **PTA Meetings** |
| **3rd Tuesday of the Month @ 3:45 pm** | **4th Tuesdays' @ 5:15 pm** |

**All teachers at Westerly Hills Academy are expected to adhere to the following expectations below:**

<u>**Grade Level Expectations 18-19**</u>

<u>**Grade Level Meeting**</u>
**Topics for Discussion**
- Team Norms-Agenda (Five Minute Routine for start of class, Threshold, Strong Start)
- Roles in the meeting-Notetaker, Taskmaster
- Grade Level Communication -Once a week as a team
- Grade level Restroom Procedures & Locations/Times -Restroom policy & location- Post location and times in your rooms
- Lunchroom procedures -assigned tables and procedures for getting up one at a time-i.e. Practice exiting the cafeteria (MVP)- Lunchroom Rules -Once you are down, You down
- 15 min rule of class (1st 15 mins/Last 15 mins -no movement in the hall)
- Kickboard Daily Tracker Grade Level Incentives
- Classroom Rules posted in <u>all classes</u>-Must have consistency in all classes-same rules -i.e. No food, gum, etc.
- Transition in the halls (silent- right of the hall using MVP)- Must practice and monitor throughout movement.

<u>College-Ready Culture (All teachers)</u>
All teams must post a college of their choice in their classroom

<u>Communication with Parents</u>
All grade level teachers will use Remind, Team Newsletter, Tuesday's Folder or ClassDojo or Kickboard Progress Report as a form of communication with parents. must have a grade level weebly that illustrates the team name, teacher's, homework assignments, upcoming test, classroom notes (slides), form of communication. These forms of communication must illustrate the team's names, teachers, grade level content materials for parents, important dates to know or reminders. All must be updated the bi-weebly. with each grade level information. Due September 14

<u>**Team Notebook**</u>
A team/grade level notebook will be used to hold all team documentation, i.e. parent conference, individual students' behavior interventions (MTSS), Kickboard points, field trip information or conference documentation log.

<u>Student Recognition/ Character Education/Friday's Morning Meetings</u>
- Kickboard Paycheck- every two weeks pay out
- Every 1st Friday Kickboard Recognition of the month will be introduced during morning news from 7:50 am-8:00 am through the News Crew.
- Students will be recognized through Kickboard Payout & Character Trait of the month

- Weekly Friday's morning meetings will focus on "The Energy Bus" & Character Traits to focus on Social and Emotional needs of students from 8:00 am to 8:50 am
- Building positive relationships and character development is top priority for 2018-2019 school year through the use of " The Energy Bus 5 Rules" and Nonsense Nurturing MVP -Movement, Voice and Participation

Recess Procedures
- All teachers must actively supervise PAT.
- No two teachers should be standing next to each other
- There should be a designated area where scholars place their belongings. Teacher is responsible to ensure that all belongings are picked up and must ensure scholars clean up after themselves
- Teams must have structured activities going on during PAT.
- Any behavior issues during PAT will be the responsibility of the team, actively monitoring scholars is critical.
- Scholars are required to have 30 minutes of PAT each day (NC Law).
- Outside and indoor activities must be organized and structured. *Conflicts and injuries during PA times are due, in part, to lack of organization and supervision.* Please teach the behavior expectations and guidelines to the scholars before going outside, just as you do before you allow them to begin any type of classroom activity. An entire class should not have to walk "the trail" for punishment. Teachers are to be actively involved with scholars' activities to reduce injuries and conflicts.
- Free play times are not appropriate for PAT, and multiple classes should not play together. This causes multiple problems! Please make sure you play in your assigned area. Only one class at a time on the playground equipment. (Tag games and contact sports such as football are prohibited.)
- We have serious concerns about YOUR LIABILITY in cases of unorganized free activities. Several incidents have occurred, and the teachers did not see what happened because scholars were not within a supervisory range. The system has had lawsuits over such incidents, and you do not need to set yourselves up. Please do not take paperwork or reading materials to the playground. Teachers should not **"bunch up"** while outside with their scholars. Please stay with your scholars and supervise them. You may only provide supervision for your class. *Courts have found teachers negligent because they were reading and/or socializing when an accident/fight occurred during scholar outside activity time.*
- Teacher Assistants may NOT take classes outside for PAT without the teacher (unless they are the assigned substitute), nor should one teacher take another teacher's class with his/hers.
- For safety reasons, please encourage all scholars to wear sneakers or similar shoes during PAT.

**All teachers at Westerly Hills Academy are expected to adhere and attend to the following for their Grade Level:**

### Grade Level Event Planning

- Grade Level and small teams will meet monthly on the 1st & 3rd Fridays for the grade level meetings, book-study or small team meetings or as needed.
- Each Grade Levels must plan their grade level incentives plans to create a positive culture to promote good behavior and academic success.  All teachers will use Kickboard to ensure students are rewarded for their positive behavior  by using the electronic **"Eagle Dollars".**  All grade levels will develop a plan of events and activities in advance such bi weekly events, end of the quarter events,  field trips, or award ceremonies. These plans must be submitted to Ms. Williams, by September 30th for approval..
- Grade level events, once approved , will be placed on the School Master Calendar.  All grade level major events must be placed on the School's Master Calendar by October 1st.  i..e. Quarterly PBIS celebration, Award Ceremony, Grade Level Incentive field trips, etc.
- Each grade level will be allowed,  no more than 3 field trips starting 2nd Quarter, 3rd Quarter and 4th Quarter. All field trips procedures and protocols must be followed-See Staff Handbook. A flier must be posted in advance that details requirements for any non required field trips. Scholars and parents must have an 8 weeks notice before the trip.  Scholars must be notified 3 days before the trip, if they are not permitted to attend. - Please see the Staff Handbook for Field Trips Protocols
- Any use of the school building must have prior approval before use to ensure no instructional time is lost. i.e. gym. The use of the building in the evening, must have prior approval and a **Building Use form** must be completed 3  weeks in advance and placed on the Master Calendar i..e. School Dance

# WESTERLY HILLS ACADEMY
# STAFF & TEACHER EXPECTATIONS

Please know that the administration is committed to revisiting these staff expectations. Any changes to staff members based on the needs of the school community. Care will be taken to work with SLT, FAC and teacher committees should changes be needed to ensure appropriate feedback. Information in the handbook can be subject to change at any time; staff will be communicated by email if an update is made with the revision or any updates. **All staff and teachers at Westerly Hills Academy are expected to adhere and exhibit the following:**

**Have strong Work Ethic and a <u>Sense of Urgency</u>**
- Be professional.
- Dress professionally (see Dress Code- Staff).
- Work honestly and openly with your colleagues and administrators.
- Communicate effectively, directly, and frequently.

**<u>Staff Beliefs</u>:**
1. Believe that all students **<u>CAN</u>** and **<u>WILL</u>** learn. Do not accept the status quo-Always strive for **GROWTH!**
2. Supervise students at all times. Believe that <u>EVERY</u> student in this school is the responsibility of <u>EVERY</u> adult in this school.
3. Treat students like you want others to treat you and your child. Screaming, embarrassing and belittling are **<u>unacceptable</u>** techniques.
4. Seek and use appropriate guidance or support services, when necessary so that we are supporting the whole child.
5. Build relationships with students to establish a safe and support student culture for high expectations.

**<u>Staff Management</u>**

1. Adhere to staff hours 7:15 AM – 3:30 PM. Report time for 90 minute planning day
2. Staff members are required to sign in each morning in the front office using Lobby Guard..
3. Be outside classroom doors or at assigned duty post by 7:30 AM every morning.
4. Report to planning on time and adhere to planning norms and expectations
5. Communicate on a regular basis with parents. Voicemail and email must be checked daily and all calls. Emails returned within a **24-hour time period**. Be available for parents.
6. Adhere and record grades according to CMS district requirements, every week, no later than Friday.
7. Adhere to MTSS procedures and protocols for academic and behavioral interventions
8. Post, review, and use school wide behavior protocol using school wide initiative The Energy Bus,
7. Use **positive reward system** weekly through the use of Kickboard management system
8. Read each week the **Administrative Bulletin**. The bulletin is emailed to all staff every Friday. Please read it carefully, as it serves as a medium for effective school communication. Staff members will be held accountable for planning in accordance with information included in the bulletin.
9. Provide appropriate, high quality instruction to all students and be sensitive to individual needs.
- Set high expectations and standards for all students
- Actively engage students at all times and Teach for mastery
- Align instruction with the Common Core and Essential Standards

- Differentiate your lessons for various levels of students
- Emphasize daily reading and writing skills/strategies
- Provide extra help, time and targeted resources for all students
- Assess students frequently and monitor the progress of all students
- Analyze student data from common formative assessments and plan instruction according to the results
- Utilize a variety of teaching strategies, materials, and resources
- Assign homework that is relevant to current teaching and aligned to Common Core

All Teachers at Westerly Hills Academy are expected to adhere and exhibit the following:

## Culture of High Expectations for Classroom Set-up

**Classroom Essentials - To be posted in the room is the following:**

**Classroom Board**
❏ Section off with (board or painters tape)
**Visible**
**Daily Schedule:**
1. Include date (vary...8-25-15; August 25, 2015; Monday, August 25, 2015)
2. Display in prominent place (preferably in front of room)
3. Use large print, Neat
4. Ensure optimum use of time
5. Breakdown Literacy and Math Blocks
6. Homework
❏ Sub Plans -visible on the teacher's desk
❏ Essential Question -scholar friendly objectives containing both content and language standards written in "I can statement...."
❏ Lesson Plan (1 week plan in advance, shared in google doc by Thursday for review by 3:30 pm before the next week for review by Instructional Coach)
    1. Grade Level Plans-any changes must noted
    2. Small Group Lesson Plans (with scholar names and stations labeled along with standard)
        1.Guided Reading
        2. Literacy/Math Workshop
        3. Word Work
        4. Intervention block " WIN"

**Display Students' Work (refer to bulletin board expectations):**        **School wide Posters**
❏ Celebrate scholars' accomplishments        Uniform Policy
❏ Exhibit in hallways and classrooms        MVP Voice Level
❏ Present in an attractive manner        School wide Positive
    Behavior Poster

**Word Walls (ongoing)**
❏   K-2
        1. Sight Word Wall (ABC) Tier 2 words
        2. Content Word Walls (Math, Science, Social Studies)
❏   3-8
        1. Comprehension/Strategy Word wall
        2. Content Word Walls (Math, Science, Social, Studies,
❏ Current User Friendly Anchor Chart
❏ Current scholar work with lesson standards with date of lesson
❏ School Mission Statement
❏ Class College Name- Post
❏ All About Me Poster (Teacher Section, near desk)
❏ Collaborative Desk or Table Arrangement (no rows)
❏ Mini Lesson Meeting Area (K-4) for small group along with Workshop Stations -Labeled
❏ Neat and Inviting Classroom
❏ Posted Procedures i.e. Sharpening pencils,
❏ Level Library (K-5) Literacy only
❏ Scholar Book Baggies (K-4)
❏ Extra Scholar Materials (Pencils, Paper, Markers, Crayons)

- ❑ Electronic Device must be charged before leaving at the end of the day with labeled with each student's name
- ❑ <mark>Emergency Red Folder posted near door</mark>
- ❑ <mark>Sub Folder or Notebook clearly label on your desk.</mark>

**College/University Artifacts**
- Every teacher is required to have artifacts that represent their alma mater. These can be posted inside and outside of the room.

All Teachers at Westerly Hills Academy are expected to adhere and exhibit the following:

## Culture of High Expectations for Instructional Practices

**Instructional Best Practices adopted from "Teach Like a Champion" by Doug Lemov**

As a school we will focus on four instructional practices consistently throughout the year. The following techniques will be described in detail:
- Technique 18: Check for Understanding
- Technique 22: Cold Call
- Technique 25: Wait Time
- Threshold 41- Set Expectations in your classroom

### Technique 1: No Opt Out
In typical classes, when students don't know an answer, or don't want to try, they quickly learn the teacher will leave them alone if they respond to a question with "I don't know" or shrug their shoulders. The teacher then moves on to another student. Instead, No Opt Out is a useful tool to get all students to the right answer, as often as possible, even if only to repeat the correct answer.
Why is this important:
- Builds a culture of individual accountability. There's no incentive not to try.
- Rehearses success. Students hear themselves getting the answer right.
How to use No Opt Out:
- Another student provides a cue; the original student provides the answer.
- Another student provides the answer; the original student repeats the answer.
- Teacher provides a cue; the original student provides the answer.
- Teacher provides the answer; the original student repeats the answer.

To build even more rigor with this technique, try the following strategies:
- Get it Wrong, Get it Right, Get Another At-Bat – follow up a sequence of No Opt Out with another try at a similar problem.
- Get it Wrong, Get it Right, Get a Stretch It – follow up a sequence of No Opt Out with a follow on question such as, "Why do you think so?" etc.
- Get it Wrong, Get it Right, Get a Teaching Point – follow up a sequence of No Opt Out by normalizing the error, saying "Yes these can be tricky at first," or by asking the whole class to repeat or try another.
- Get it Wrong, Get it Right, Get a "Star" – use one of the above follow ups to make a student feel successful (i.e. "like a star")

### Technique 18: Check for Understanding (CFU)
Good drivers check their mirrors every five seconds. It would be far too costly to wait for an accident to learn what they are doing wrong. Teachers also need to check for student understanding frequently *while* they are teaching to avoid the costly result of waiting until a final assessment. First you need to gather the data, then you need to respond to that data to ensure learning occurs.
> Gathering Data:
> Traditionally, a teacher would ask students to name a cause of the Civil War and three students would get it wrong and the fourth one would get it right. The teacher would think, "Oh, good they finally got it." However, the Champion Teacher thinks, "only one of four students understands this, I need to circle back." By *sampling* a smaller group of students who are representative of the larger group, teachers can learn about student

misunderstanding. It is important to ask *several* students at different ability levels for an answer to provide data. To ensure your data is accurate, you should also check for reliability (do students get the answer correct several times in a row) and validity (is the question measuring the type of material you are ultimately responsible for.)

How to Gather Data:
1. By Asking Questions
    a. Plan targeted questions in advance. A group of 4-6 questions used to assess mastery at key points in your lesson plan
    b. Script out desired student responses. This allows you to focus on the accuracy of answers you get from students.
    c. Strategic Sampling – ask your targeted questions of students across the spectrum of likely skills to yield better results.
2. Through Observation
    a. Circulate and look for the number and types of errors students are making.
    b. Use "slates" (paper/dry erase boards/plickers) for students to hold up their answers so you can check for understanding.

Responding to Data:

There's no sense in continuing on if students don't understand. It's vital to stop and correct misunderstandings, and then move on. The Champion Teacher stops and reteaches the material in a different way, reteaches the problematic step ("I think we're struggling when we get to remainders."), identifies the challenging terms ("I think the term *denominator* is giving us some trouble."), reteaches at a slower pace, or identifies struggling students ("Push ahead in your packets while I work with a few of you up front."

Tips to remember when using Check for Understanding:
- Normalize Error – create a culture that getting an answer wrong is a normal and positive part of the learning process
- Praise Risk-Taking and Effort – specifically encourage students to take risks when they're not confident in their answers
- Withhold the Answer – delay revealing whether an answer is right until you have discussed to further Check for Understanding
- Manage the "Tell" – be aware of unintentional cues that reveal whether an answer is wrong (or right.)

**Technique 22: Cold Call**
To cold call you call on students regardless of whether they've raised their hand. For example, you ask a question, pause, and then call on a student. While this sounds incredibly simple, if done correctly, Lemov believes it is the single most powerful technique.
1. Allows you to check for understanding because you choose the student you want to check for mastery
2. You don't waste time asking a question then waiting and cajoling students to answer.
3. Allows you to include more students, not just those raising their hands.
4. Students have ideas, but sometimes won't share them unless you push them.
5. It is a positive and often powerful way to reach students who want to speak but aren't hand raisers.
6. It increases engagement because students don't know when they will be called on, so there is a strong incentive to do the work to be prepared to be called on.

Keys to Using Cold Call Effectively:
- Be Positive – it's not a "gotcha" (i.e. What did I just say?") but a real question. You want students to get it right. A smile always helps to increase positivity.

- Be Systematic – show that it's not personal; Cold Calls come to everyone. Call on multiple students, all around the room. Avoid making Cold Call consistently connected to student actions or affect. This helps Cold Call support Check for Understanding.
- Be Predictable – let students know it's coming, either right now or eventually.
- Unbundle – break big, complex questions apart into smaller connected ones. This will increase pacing and energy and cause students to listen to one another.

**Technique 25: Wait Time**
In this technique you wait a few seconds before calling on a student to answer. Typically, teachers wait only about a second after asking a question which is unlikely to lead to the most thorough or thoughtful answer. By waiting three to five seconds you are most likely to improve the quality of answers and the number of students who volunteer to answer.
Goals for Wait Time:
1. More hands up
2. Wider range of kids wanting and able to raise hands
3. Better, more rigorous answers accompanying hands
4. More cognitive work during the "wait"

Four Steps to Wait Time:
- Narrate Hands – socialize answering and hand raising to ensure that the issue is not motivational.
  - o   Examples:
    - ▪ "Three, four, five hands. Now I've got eight…"
    - ▪ I want to see a few more hands before we start."
    - ▪ Maybe Jaquilla's not sure. But her hand is up anyway. That's being a scholar."
- Prompt thinking skills – teach students how to use thinking time productively.
  - o   Examples:
    - ▪ "I'm seeing people going back to the chapter to re-read the scene. I'll give everyone a few more seconds to do that."
    - ▪ "If you're not sure, you might flip back to your notes from yesterday…"
    - ▪ "I'm starting to see more hands now. Four, five, seven-great, people are really starting to get comfortable taking a risk here."
- Make Wait Time transparent – let students know when you intend to give them more than a handful of seconds of Wait Time so that they can manage their time accordingly.
  - o   Examples:
    - ▪ "This is a hard question. I'll give you 20-30 seconds to reflect."
    - ▪ "You're thinking about this for 10 seconds before you write down your answer."
- Give real time to think time – stop talking to give students quiet time and space to think.
  - o   Examples:
    - ▪ "I'll start taking answers in 10 seconds…"
    - ▪ "Hands down. We're thinking."
    - ▪ "You can use this time to think in writing."

All staff and teachers are at Westerly Hills Academy are expected to adhere and exhibit the following:

## Culture of High Expectations for Instructional Planning

**Lesson Plans**
- Guiding Principles form (will substitute for our lesson plans) will be used for developing engaging lessons that must be completed prior to developing daily lesson plans.
- Must identify alignment to the common core state standards/essential standards.
- **DOUBLE PLAN**-Planning what you expect scholars to do- must have exemplary and rubric to illustrate the expectations for quality work from students.
- Must reflect the use of data through re-teaching and differentiation by using the DDI process.
- Guiding Principles form plans are to be saved to the Google Docs under the specific grade level folder
- Small group instruction and plans for instruction- saved to the Google Docs
- Daily Lesson Framing- must be done through the use of powerpoint slides for **all** content using Powerpoint Slides
- School wide Lesson Plan Format- i.e. Math & ELA, (I do, We do, You do)

**Planning Expectations**

**Written Objectives**
- ❏ Daily scholar objectives must be posted in the classroom.
- ❏ Posted objectives should be written in scholar friendly language.
- ❏ I CAN statements must be written daily and **internalized** by the scholars
- ❏ Writing must be  embedded into all content areas

**Goal Setting**
- ❏ Teachers will set goals for their content areas for the year to ensure ownership of the school's mission with their coaches which will be used in their PDP
- ❏ Data Wall and goals for grade levels and class displayed in the room on the wall.
- ❏ SMART Goals for Content must be posted in grade level classroom

**Bulletin Boards**
- ❏ Bulletin boards will be changed every quarter.  Work must be current
- ❏ Bulletin boards near your classroom will be your assigned bulletin for the year.

**Word Walls**
- ❏ Word Walls must be present and visible for all scholars, and used by scholars and aligned to the lesson plans or unit.
- ❏ Must be current and up to date
- ❏ Aligned to the weekly vocabulary or sight words (primary grades) or word works

**Personalized Education Plans (PEPs)**
- Updated after BOY, MOY, and EOY assessments Any scholar will have a failing grade "F" at the end of each quarter, must have a PEP and a parent conference along with classroom intervention plan developed by the counselor and team.

All staff and teachers are at Westerly Hills Academy are expected to adhere and attend to the following:

## School wide Meetings Schedules

### Wednesday Staff Meetings

- ❏ Staff Meetings are every Wednesday from 3:15 pm - 4:45 pm.
- ❏ Wednesday's are reserved for Staff Meetings that focus on professional meetings.  Your input and involvement are vital to our school's progress.  **Please do not schedule doctor's appointments or business meetings on Wednesday's.**  Missing meetings must be approved by an administrator only in emergency situations within 48 hours.

| 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|
| Book Study TLAC Technique | Committee Meetings | Content Professional Development | Vertical Meetings/Math & Literacy | Principal Choice |

### Weekly Planning Sessions

- ❏ All content areas will have **Bi-Weekly Content Planning Session.** Weekly planning sessions will focus on  weekly data meetings, content planning , coaching and modeling.

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| Content Planning | Content Planning | Content Planning | Content Planning | <ul><li>Grade Level/Parent Phone</li><li>MTSS/Parent Conferences</li><li>4th/5th Free</li></ul> |

### Monthly Leadership Meetings

| Administrative Team Meetings | Instructional Leadership Team meetings |
|---|---|
| Every Monday  Morning @ 9:00 am | Every Friday @ 1:30 pm |
| School Leadership Team Meetings | New Teacher Meetings |
| 1st Tuesday of the Month @ 3:45 pm | 2nd Tuesday of the Month @ 3:45 pm |
| MTSS Leadership Team | PTA Meetings |
| 3rd Tuesday of the Month @ 3:45 pm | 4th Tuesdays' @ 5:15 pm |

**All teachers at Westerly Hills Academy are expected to adhere to the following expectations below:**

## Grade Level Expectations 18-19

### Attend Grade Level Meeting
**Topics for Discussion**
- Team Norms-Agenda (Five Minute Routine for start of class, Threshold, Strong Start)
- Roles in the meeting-Notetaker, Taskmaster
- Grade Level Communication -Once a week as a team
- Grade level Restroom Procedures & Locations/Times -Restroom policy & location- Post location and times in your rooms
- Lunchroom procedures -assigned tables and procedures for getting up one at a time-i.e. Practice exiting the cafeteria (MVP)- Lunchroom Rules -Once you are down, You down
- 15 min rule of class  (1st 15 mins/Last 15 mins -no movement in the hall)
- Kickboard Daily Tracker Grade Level Incentives
- Classroom Rules posted in <u>all classes</u>-Must have consistency in all classes-same rules -i.e. No food, gum, etc.
- Transition in the halls (silent- right of the hall using MVP)- Must practice and monitor throughout movement.


College-Ready Culture (All teachers)
All teams must post a college of their choice in their classroom

Communication with Parents
All grade level teachers will use Remind, Team Newsletter, Tuesday's Folder or ClassDojo or Kickboard Progress Report as a form of communication with parents. must have a grade level weebly that illustrates the team name, teacher's, homework assignments, upcoming test, classroom notes (slides), form of communication. These forms of communication must illustrate the team's names, teachers, grade level content materials for parents, important dates to know or reminders.  All must be updated the bi-weebly. with each grade level information.  Due September 14

### Team Notebook
A team/grade level notebook will be used to hold all team documentation, i.e. parent conference, individual students' behavior interventions (MTSS), Kickboard points, field trip information or conference documentation log.

<u>Student Recognition/ Character Education/Friday's Morning Meetings</u>
- Kickboard Paycheck- every two weeks pay out
- Every 1st Friday Kickboard Recognition of the month will be introduced during morning news from 7:50 am-8:00 am through the News Crew.
- Students will be recognized through Kickboard Payout & Character Trait of the month
- Weekly Friday's morning meetings will focus on "The Energy Bus" & Character Traits to focus on Social and Emotional needs of students from 8:00 am to 8:50 am
- Building positive relationships and character development is top priority for 2018-2019 school year through the use of " The Energy Bus 5 Rules" and Nonsense Nurturing MVP -Movement, Voice and Participation

<u>Recess Procedures</u>
- All teachers must actively supervise PAT.
- No two teachers should be standing next to each other
- There should be a designated area where scholars place their belongings. Teacher is responsible to ensure that all belongings are picked up and must ensure scholars clean up after themselves
- Teams must have structured activities going on during PAT.
- Any behavior issues during PAT will be the responsibility of the team, actively monitoring scholars is critical.
- Scholars are required to have 30 minutes of PAT each day (NC Law).
- Outside and indoor activities must be organized and structured. *Conflicts and injuries during PA times are due, in part, to lack of organization and supervision.* Please teach the behavior expectations and guidelines to the scholars before going outside, just as you do before you allow them to begin any type of classroom activity. An entire class should not have to walk "the trail" for punishment. Teachers are to be actively involved with scholars' activities to reduce injuries and conflicts.
- Free play times are not appropriate for PAT, and multiple classes should not play together.  This causes multiple problems!  Please make sure you play in your assigned area. Only one class at a time on the playground equipment. (Tag games and contact sports such as football are prohibited.)
- We have serious concerns about YOUR LIABILITY in cases of unorganized free activities.  Several incidents have occurred, and the teachers did not see what happened because scholars were not within a supervisory range.  The

system has had lawsuits over such incidents, and you do not need to set yourselves up. Please do not take paperwork or reading materials to the playground. Teachers should not **"bunch up"** while outside with their scholars. Please stay with your scholars and supervise them. You may only provide supervision for your class. *Courts have found teachers negligent because they were reading and/or socializing when an accident/fight occurred during scholar outside activity time.*

- Teacher Assistants may NOT take classes outside for PAT without the teacher (unless they are the assigned substitute), nor should one teacher take another teacher's class with his/hers.
- For safety reasons, please encourage all scholars to wear sneakers or similar shoes during PAT.
- 

**All teachers at Westerly Hills Academy are expected to adhere and attend to the following for their Grade Level:**

## Grade Level Event Planning

- Grade Level and small teams will meet monthly on the 1st & 3rd Fridays for the grade level meetings, book-study or small team meetings or as needed.
- Each Grade Levels must plan their grade level incentives plans to create a positive culture to promote good behavior and academic success. All teachers will use Kickboard to ensure students are rewarded for their positive behavior by using the electronic **"Eagle Dollars"**. All grade levels will develop a plan of events and activities in advance such bi weekly events, end of the quarter events, field trips, or award ceremonies. These plans must be submitted to Ms. Williams, by September 30th for approval..
- Grade level events, once approved , will be placed on the School Master Calendar. All grade level major events must be placed on the School's Master Calendar by October 1st. i..e. Quarterly PBIS celebration, Award Ceremony, Grade Level Incentive field trips, etc.
- Each grade level will be allowed, no more than 3 field trips starting 2nd Quarter, 3rd Quarter and 4th Quarter. All field trips procedures and protocols must be followed-See Staff Handbook. A flier must be posted in advance that details requirements for any non required field trips. Scholars and parents must have an 8 weeks notice before the trip. Scholars must be notified 3 days before the trip, if they are not permitted to attend. - Please see the Staff Handbook for Field Trips Protocols
- Any use of the school building must have prior approval before use to ensure no instructional time is lost. i.e. gym. The use of the building in the evening, must have prior approval and a **Building Use form** must be

completed 3  weeks in advance and placed on the Master Calendar i..e.
School Dance

Exhibit B  CMBOE 0525

| Book | Policy |
|---|---|
| Section | G. PERSONNEL |
| Title | Americans with Disabilities Act: Reasonable Workplace Accommodation Requests |
| Code | GBGAB - R (Regulation) |
| Status | Active |
| Adopted | June 12, 2017 |

## A. Purpose

The Americans with Disabilities Act ("ADA") generally prohibits discrimination with respect to the terms and conditions of employment against a qualified individual with a disability, solely by reason of such individual's disability. In compliance with the ADA, the Charlotte-Mecklenburg Board of Education ("Board") is committed to providing reasonable accommodation to all qualified persons with a disability to enable such person to perform the essential functions of the position for which he/she is employed or is seeking employment. The superintendent has established the following procedures to respond to requests for reasonable accommodation from qualified employees and/or applicants with disabilities.

## B. Definitions

In accordance with and as defined by the Americans with Disabilities Act (ADA), the following terms apply to this regulation.

    1. Disability – a physical or mental impairment that substantially limits one or more major life activities, including but not limited to seeing, hearing, speaking, and performing manual tasks; a record of such an impairment; or being regarded as having such an impairment.

    2. Qualified Individual with a Disability – an individual who with or without reasonable accommodation, can perform the essential functions that such individual holds or desires.

    3. Essential Functions – job duties that are so fundamental to the position that the individual cannot do the job without being able to perform them. For the purposes of this regulation, consideration shall be given to the district's determination as to what functions of a job are essential. If a written and up to date job description exists before advertising or interviewing applicants for the job, this job description shall be considered evidence of the essential functions of the job.

    4. Reasonable Accommodation – a change or adjustment to a job, work environment or an employment practice, which allows a qualified individual with a disability to perform the essential functions of a position.

    5. Undue Hardship – an action requiring significant difficulty or expense when considered in light of factors such as an employer's size, financial resources and the nature and structure of its operation.

## C. Procedures

    1. Request for Accommodation

        a. When an employee, because of a disability, communicates to the District a possible need for a change or modification for the purpose of engaging in employment practices the Employee Relations Director or designee will provide the employee or applicant with a Workplace Accommodation Request Questionnaire ("Questionnaire"). The employee or

applicant must return the Questionnaire, along with adequate documentation of the condition alleged to be the disability, to the Employee Relations Director at emprelations@cms.k12.nc.us or to the employee's direct supervisor. Adequate documentation will depend on the disability and may include, but is not limited to, reports from physicians, psychologists, physical therapists, mental health professionals, etc.

b. A job applicant who because of a disability could with assistance participate in the job application process must inform the [Human Resources Department representative], preferably in writing, of their need for an accommodation. The Human Resources Department representative shall immediately forward the request for an accommodation to the Employee Relations Director. The Employee Relations Director or the Employee Relations Director's designee will contact the applicant to immediately initiate an accelerated interactive process so that the applicant will not lose out on the opportunity to compete for the job.

c. At no time prior to communicating with the Employee Relations Director or the Employee Relations Director's designee should the employee's direct supervisor or the Human Resources Department representative agree to a specific accommodation.

2. Determination of Eligible Disability

a. Upon receipt of the Questionnaire, the Employee Relations Director or the Employee Relations Director's designee shall promptly send the requesting individual a letter acknowledging receipt of the request for accommodation, together with a Release of Information form and an explanation of the procedure regarding requests for accommodation.

b. The acknowledgement of receipt shall also inform the requesting individual that it is the policy of the District to prohibit all coercion, intimidation, and retaliation against an individual for exercising his or her rights under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973 and that the individual has the right to be free from such harassment.

c. Within five (5) business days of receipt of all pertinent medical documentation, the Employee Relations Director shall do one of the following:

i. Determine that the requesting individual has an eligible disability and proceed to work with the employee in identifying a reasonable accommodation as outlined in Section 3; or

ii. Determine that the requesting individual does not have an eligible disability and is therefore not entitled to a reasonable accommodation. After making this determination, the Employee Relations Director shall document the finding in writing and send a copy of the determination, together with supporting evidence, and rights to appeal to the requesting individual.

3. Determination of Reasonable Accommodation

a. Once it has been determined that the requesting individual is a qualified individual with a disability and is therefore entitled to a reasonable accommodation, the Employee Relations Director or the Employee Relations Director's designee will convene an informal, interactive meeting with the requesting individual to discuss possible reasonable accommodations. During this meeting, as well as other phases of this procedure, the focus shall be on what the requesting individual feels is a reasonable accommodation. However, the School District does have the obligation to explore and locate other suitable accommodations that would not constitute undue hardship.

b. In consultation with the employee, the Employee Relations Director or the Employee Relations Director's designee will:

i. Discuss the purpose and the essential functions of the particular job involved;

ii. Determine the precise job-related limitation;

iii. Identify the potential accommodations and assess the effectiveness each would have in allowing the employee to perform the essential functions of the job;

iv. Select and implement the reasonable accommodation that is the most appropriate for both the employee and Charlotte Mecklenburg Schools. While an employee's preference will be given consideration, CMS is free to choose among reasonably effective accommodations and may choose the one that is less expensive or easier to provide.

c. After the informal accommodation conference is conducted, the Employee Relations Director or the Employee Relations Director's designee shall document in writing the outcome of the conference and any accommodation agreement that is reached by the parties.

> i. Copies of the accommodation agreement shall be made available to all school personnel who have responsibility for implementing the accommodation plan.
>
> ii. Information regarding the medical condition or history of an individual requesting an accommodation shall be kept in confidential files separate from other Human Resource Department personnel files and may be disclosed only to the following people:
>
> > • Supervisors, managers, District personnel or officials who need to know the necessary restrictions on the work or duties of the individual and necessary accommodations;
> >
> > • First aid and safety personnel, when appropriate, if the disability might require emergency treatment; and
> >
> > • Government officials investigating the District's compliance with the Americans with Disabilities Act or Section 504 of the Rehabilitation Act of 1973.

d. Requests for accommodations that are deemed by the Employee Relations Director to present an undue hardship for the District because they involve "significant difficultly or expense" shall be documented in writing by the Employee Relations Director. Such documentation, a copy of which shall be provided to the requesting individual, shall include all factors considered by the Employee Relations Director in denying the requested accommodation as an undue hardship.

e.The Employee Relations Director shall inform the Superintendent or the Superintendent's designee in writing of each denial of requested accommodations and the reasons for the denial.

## D. Appeal Process

Individuals who are dissatisfied with the decision of the Employee Relations Director may request reconsideration of the decision by the Superintendent or the Superintendent's designee, in writing, within five (5) business days of receipt of the decision.

1. Within five (5) business days after receipt of the appeal, the Superintendent or the Superintendent's designee will meet with the requesting individual to discuss the request for reconsideration and possible resolutions. This meeting includes but is not limited to in-person conference.

2. Within ten (10) business days after the meeting, the Superintendent or the Superintendent's designee will respond in writing with a decision on the request for reconsideration.

## E. Other Avenues of Redress

The appeal process of this regulation does not preclude the individual requesting reconsideration from seeking alternative forms of redress. At any time, an individual has the right to file a complaint with the U.S. Equal Employment Opportunity Commission (EEOC).

## F. Monitoring Responsibility

The CMS Employee Relations Director will monitor and coordinate the application of this procedure.

Date of Adoption: 6/12/17
Revised:
Legal Reference: The American with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101, *et seq.*, as amended; Section 504, Rehabilitation Act of 1973, 29 U.S.C. § 701
Cross Reference: GBA, GBGA, GBGAA, GBGAA-R, GBGAB, GBJA

Exhibit C



# CMBOE 0288

| | |
|---|---|
| Book | Policy |
| Section | G. PERSONNEL |
| Title | Standards of Conduct |
| Code | GBEB |
| Status | Active |
| Adopted | June 11, 1996 |
| Last Revised | September 27, 2016 |

## I. General

By accepting employment with the Charlotte-Mecklenburg Board of Education, employees have a responsibility to the school system, to their fellow employees and to the students that they serve to adhere to certain standards of behavior, performance and conduct. No set of rules can address all forms of unacceptable behavior. However, generally speaking, the Board of Education expects each of its employees to act in a professional and responsible manner at all times. In addition, examples of some of the more obvious unacceptable behaviors that may subject an employee to disciplinary action (including termination) are set forth below.

## II. Standards of Conduct

Although not all-inclusive, any of the following types of conduct by an employee is grounds for discipline, up to and including immediate termination.

(1) Violation of any Board policy or administrative rule, procedure or regulation, including, but not limited to, any Board policy or administrative rule, procedure or regulation concerning sexual behavior, discrimination, harassment, alcohol, illegal drugs, unlawful behavior, security or safety.

(2) Violation of any applicable State Department of Public Instruction policy, rule, procedure or regulation, including, but not limited to, any violation of the Code of Professional Practice and Conduct for North Carolina Educators contained in the North Carolina Administrative Code.

(3) Violation of any applicable federal, state or local statute, regulation or ordinance governing public school employees.

(4) Violation of any written rules or procedures published by schools or supervisors to Board employees, provided that such rules and procedures do not violate or conflict with any Board policy or administrative rule, procedure or regulation.

(5) Engaging in any unlawful behavior (with the exception of minor traffic violations outside of work hours), whether on Board property, on student or vendor property, during work time, while in the course of Board business, or otherwise, and whether or not the employee is convicted for such behavior.

(6) Any federal or state court felony criminal conviction, guilty plea, plea of nolo contendere/no contest, deferred prosecution or prayer for judgment continued (or similar criminal convictions, pleas, deferred prosecutions or prayers for judgment rendered in foreign jurisdictions). A conviction includes any finding or admission of guilt and/or any imposition of a fine, jail sentence, probation or other penalty.

(7) Any federal or state court criminal conviction, guilty plea, plea of nolo contendere/no contest, deferred prosecution or prayer for judgment continued (or similar criminal convictions, pleas, deferred prosecutions or prayers for judgment rendered in foreign jurisdictions) of any kind, whether felony or misdemeanor, involving minors under 18 years of age or involving public or

Case 3:21-cv-00263-FDW-DCK   Document 24   Filed 05/02/22   Page 68 of 85

CMBQE-0289

private school funds, property, employees, visitors or students. A conviction includes any finding or admission of guilt and/or any imposition of a fine, jail sentence, probation or other penalty.

(8) Being under the influence or the manufacture, sale, distribution, possession, dispensation, transportation or use of alcohol during work time or on Board or student property; or being under the influence or the manufacture, sale, distribution, possession, dispensation, transportation or use of illegal drugs or the unlawful abuse of prescription drugs at any time.

(9) Possession of any unauthorized visible or concealed firearms, weapons or explosives during work time or on Board property or bringing such items onto Board property, including but not limited to weapons for which the owner has obtained a concealed handgun or weapons permit.

(10) Failure to maintain appropriate licensure or certification required: (a) for the particular job(s) or duties being performed by an employee; or (b) to operate Board property or equipment necessary for the performance of an employee's work responsibilities.

(11) Failure to report an on-the-job injury or accident to an immediate supervisor as soon as the employee has knowledge of such injury.

(12) Failure to observe specified Board safety or security practices while on Board property, on student or vendor property, during work time, or while in the course of Board business.

(13) Awareness of a safety or security hazard with respect to Board property, employees, visitors or students and not acting timely to report such hazard to appropriate administration, supervisory or outside officials or to correct such hazard where possible.

(14) Awareness of damage or an accident on or involving Board property, employees, visitors or students and not acting timely to report such accident or damage to appropriate administration, supervisory or outside officials.

(15) Harassment of fellow employees, visitors, students, or a student's parent or guardian at any time, whether on Board property, on student or vendor property, during work time, while in the course of Board business, or otherwise.

(16) Threatening, intimidating, provoking a fight, striking or in any way fighting with: (a) a fellow employee, visitor, student, or a student's parent or guardian at any time; or (b) with any other individual when representing the school system.

(17) Gambling, betting or taking bets during work time or on Board property or with students at any time.

(18) Behaving indecently or engaging in immoral or abusive conduct: (a) during work time or while in the course of Board business; or (b) on Board property or with students at any time.

(19) Behaving in any unethical or lascivious conduct at any time, if there is a reasonable and adverse relationship between the underlying conduct and the continuing ability of the employee to perform any of his/her professional functions in an effective manner.

(20) Falsification or inappropriate alteration of or making false statements or misrepresentations regarding information used or contained in any employment records, including but not limited to applications for employment, time cards, leave forms, payroll data, expense records, personnel file materials, government reports, and any other like documents.

(21) Falsification or inappropriate alteration of or making false statements or misrepresentations regarding information used or contained in any student records, including but not limited to report cards, grades, attendance records, testing data, testing scores, drop-out summaries, transfer sheets, government reports, and any other like documents.

(22) Falsification or inappropriate alteration of or making false statements or misrepresentations regarding information used or contained in any Board financial records, including but not limited to asset listings, ledgers, purchase orders, financial statements, deposit and withdrawal slips, grant data, government reports, and any other like documents.

(23) Submitting false requests or claims to the Board or the administration, including, but not limited to, claims or requests relating to jury duty, leave, medical claims, supplies and expense reimbursements.

(24) Dishonesty or making false statements or misrepresentations regarding any school or work-related matter.

(25) Insubordination, including, but not limited to, intentional refusal to cooperate in any school system-related investigation or to follow and/or carry out work related instructions of a supervisor or any employee with administrative authority.

(26) Interference with another employee's job performance.

Case 3:21-cv-00263-FDW-DCK   Document 24   Filed 05/02/22   Page 69 of 85

Exhibit D                                                    # CMBOE 0528

| Book | Policy |
|------|--------|
| Section | G. PERSONNEL |
| Title | Regulation GCCAK-R Family and Medical Leave |
| Code | GCCAK R |
| Status | Active |
| Adopted | June 10, 2003 |

## I. Employee Eligibility

As distinguished from potential unpaid, state parental leave available to qualified employees as summarized by local Board of Education Policy and administrative Regulation GCCAC and GCCAC-R (Parental Leave Without Pay), employees who: (1) have been employed by the Board of Education for at least twelve months prior to any request for leave under the Family and Medical Leave Act of 1993 (the "FMLA"), (2) have worked at least 1250 hours over the previous twelve-month period, (3) work at a location where at least fifty employees are employed by the Board of Education within 75 miles, and (4) are otherwise eligible under the FMLA, may be eligible for unpaid leave under the FMLA.

## II. General Leave Entitlement

The School System will grant up to twelve (12) workweeks of unpaid family or medical leave during any twelve-month period for one or more of the following reasons:

    1. The birth of a child of the employee, or to care for a newborn child or a child placed with the employee for adoption or foster care (within twelve months of the birth or placement);
    2. The care for an employee's spouse, child or parent with a serious health condition (as defined by the FMLA); or
    3. The employee's own serious health condition (as defined by the FMLA) that renders the employee unable to perform the functions of his or her position.

Eligible spouses employed by the Board of Education are limited to a combined total of twelve (12) workweeks of family leave for: (a) the birth or care of a newborn child or a child placed with such employees for adoption or foster care, or (b) to care for a parent who has a serious health condition.

The twelve-month period used by the Board of Education to calculate available leave is measured using a "rolling" term. This means that the twelve-month period will be measured *backward* from the date an employee uses any FMLA leave. Thus, each time an employee takes FMLA leave, the remaining leave entitlement will be the balance of the twelve weeks that has not been used in the immediately preceding twelve-month period.

*For example, if an eligible employee takes 4 weeks of FMLA leave beginning September 1, 4 weeks beginning December 1, and then requests additional leave on March 1 of the next year, the employee would be entitled to take up to 4 additional weeks for his last request. The employee would then not be entitled to any additional leave until September 1 of that new year.*

## III. Leave Entitlement During Holidays and the Summer

For purposes of determining the amount of FMLA leave used by an employee, as a general rule, the fact that a holiday may occur within a week taken as FMLA leave has no effect on the counting of

# CMBOE 0529

such leave.  However:

> 1. If an employee requesting leave is not expected to report to work for one or more weeks (e.g., a school closing for two weeks during Christmas/New Year break), the days that an employer's activities have ceased for affected employees do not count against such employee's FMLA leave entitlement; and

> 2. The period during summer vacation when an employee requesting leave otherwise would not have been required to report to work do not count against such employee's FMLA leave entitlement. *For example, a 10-month employee who is on FMLA leave at the end of the school year is entitled to receive any benefits over summer vacation that 10-month employees normally would receive if they had been working at the end of the school year.*

> *However, this exception shall not apply to any time that a Board of Education employee normally would have been required to work and/or report to duty during the summer (e.g., 12-month employees; required in-service attendance).*

## IV. Intermittent or Reduced Schedule Leave

### A. <u>Employees Generally</u>

In some cases, intermittent leave or leave on a reduced working schedule is available.  This is leave that is taken in blocks of time or by reducing a normal weekly or daily work schedule.

Such leave is available whenever medically necessary to care for a family member who has a serious health condition, or because the employee has a serious health condition that makes the employee unable to work.  In addition, intermittent or reduced schedule FMLA leave after the birth or placement of a child for adoption or foster care may be available, but <u>only</u> upon the advance, approved agreement of the School System.

Leave increments are limited to a minimum of one hour.  In addition, where substitutes are required or Board of Education policy or administrative regulation requires leave to be taken in half-day increments, only the time actually needed by an employee for intermittent or reduced schedule FMLA leave may be charged against an employee's FMLA leave entitlement.

If any employee requests intermittent leave, the School System may require the employee to transfer temporarily to an available alternative position for which the employee is qualified and that better accommodates recurring periods of leave than does the employee's regular position.

### B. <u>Additional Instructional Employee Limitations</u>

In addition to the above, if an otherwise eligible "instructional employee" (as defined below) needs and requests intermittent leave or leave on a reduced schedule and the employee would be out on leave for more than 20% of the total number of work days over the period during which the leave would extend, the School System may require him or her to choose either to:

> 1. Take leave for a period or periods of a particular duration, not greater than the duration of the planned treatment; or
> 2. Transfer temporarily to an available alternative position for which the employee is qualified, which has equivalent pay and benefits and which better accommodates recurring periods of leave than does the employee's regular position.

If an eligible instructional employee chooses Option 1, the entire period of the leave taken will count as FMLA leave, even if the employee otherwise would have been capable of working part of such period on an intermittent or reduced schedule basis but for the 20% rule requirement.

"Instructional employees" for purposes of this FMLA regulation only are those whose principal function is to teach and instruct students in a class, a small group, or in an individual setting.  This term includes not only career and probationary teachers, but also athletic coaches, and special education assistants.  It does not include general teacher assistants or aides who do not have as their principal job actual teaching or instructing, nor does it include auxiliary personnel such as counselors, psychologists, or curriculum specialists.  "Instructional employees" for purposes of this regulation also does not include cafeteria workers, maintenance workers, or bus drivers.

## V. Limitations on Leave by Instructional Employees Near the End of a Semester

In addition to the above, and consistent with the FMLA, the School System imposes additional limitations on instructional employees (as defined in Section IV above) when beginning FMLA leave: (a) more than five weeks before the end of a semester, (b) within the last five weeks before the end of a semester; and (c) within the last three weeks before the end of a semester.

A. More Than Five Weeks Before Semester End
An instructional employee who begins FMLA leave more than five weeks before the end of a semester may be required to continue taking leave until the end of the term if:  (1) the leave will last at least three weeks; and (2) the employee would return to work during the three-week period before the end of the term.

B. Five Weeks Before Semester End
An instructional employee who begins FMLA leave during the five-week period before the end of a semester may be required to continue taking leave until the end of the term if:  (1) the leave will last more than a two week period; (2) the employee would return to work during the two-week period before the end of the term; and (3) the leave is not for the employees' own serious health condition.

C. Three Weeks Before Semester End
An instructional employee who begins FMLA leave during the three-week period before the end of a semester may be required to continue taking leave until the end of the term if:  (1) the leave will last more than five working days; and (2) the leave is not for the employee's own serious health condition.
In the case of an instructional employee who is required by the School System to extend FMLA leave through the end of a semester term, only the period of leave needed until the employee is ready and able to return to work shall be charged against the employee's FMLA leave entitlement.  In addition, the Board of Education shall maintain an instructional employee's group health insurance and restore the employee to the same or an equivalent position at the conclusion of such leave.

Furthermore, for those instructional employees assigned to schools with more than two academic terms or semesters each school year, the above limitations on leave near the end of a semester shall only apply to a maximum of two academic terms/semesters in any given school year.

**VI. Relationship to Other Paid and Unpaid Leave**
Employees are **required** to use all accrued, unused paid sick leave, extended sick leave, voluntary shared leave, workers' compensation leave, leave for injuries caused by episodes of violence, leave for ordered contagious disease absences, and any other accrued, unused paid leave (other than annual vacation or personal leave) for which they are eligible at the same time as any authorized, unpaid FMLA leave.
Employees **may but are not required** to use all accrued, unused paid annual vacation or personal leave for which they are eligible at the same time as any authorized, unpaid FMLA leave.
For additional information concerning such potential leave benefits, see the North Carolina Public Schools' current Benefits and Employment Policy Manual.  Please also refer to the following local Board of Education Policies and administrative regulations:

- GCC - (Leave Benefits)
- GCCAA - (Sick Leave)
- GCCAI - (Voluntary Shared Leave)
- GBGD - (Workers' Comp./On-the-Job Safety)

Any such available paid leave to which an employee may be entitled, as applicable, shall be: (a) designated as FMLA leave; (b) paid simultaneously with an employee's FMLA time away from work; and (c) counted toward an employee's total leave entitlement under the FMLA.

In addition, authorized FMLA leave shall run at the same time as any unpaid parental leave for which an employee is otherwise eligible under local Board of Education Policy and administrative Regulation GCCAC and GCCAC-R (Parental Leave Without Pay).
*For example, if a permanent full-time employee gives birth to a child on September 1, is eligible for both parental leave and FMLA leave, has not taken any FMLA leave in the last 12-month period, and*

Case 3:21-CV-00263-FDW-DCK   Document 24   Filed 05/02/22   Page 72 of 85

CMBOE 0531

has 20 days of paid annual vacation leave accrued as of that date that she would have used to cover part of the unpaid FMLA period:

She may take up to a maximum of 12 months of unpaid  parental leave through August 31 of the following year pursuant to the Board of Education's Parental Leave Policy (GCCAC);

At the same time that her parental leave is running, the first 3 months of such leave would also be counted as authorized, unpaid FMLA leave; and

At the same time that her parental leave and FMLA leave are running, the first 20 workdays of such leave would be paid and counted towards her annual vacation  leave balance.

## VII. Maintenance of Health Benefits

While an employee is on FMLA leave, he or she must continue to pay his/her share of group health benefit premiums to maintain coverage for him or herself, if elected, and, if applicable, for coverage of the employee's spouse and dependents.

To the extent an employee is receiving pay during the leave period, the employee's premium contributions will continue to be deducted from the employee's pay.  To the extent an employee is not receiving pay during the leave period or such pay does not cover the employee's full contribution, the employee must pay that contribution.  Failure to pay such premiums by the employee within 30 days of the billing date may result in termination of group health coverage.

Except in limited situations, the Board of Education will be entitled to recover from an employee all premiums paid by it to maintain health coverage for an employee who fails to return to work after FMLA leave.  Employees must return to work for a minimum of thirty (30) days in order to avoid being obligated to repay such amounts.  An employee, however, will not be required to repay such amounts if the failure to return to work is due to: (a) the continuation, recurrence or onset of a serious health condition of the employee or the employee's family member; or (b) other circumstances beyond the employee's control, as defined by the FMLA.

## VIII. Job Restoration

Subject to certain exceptions (such as when an employee would not otherwise have been employed at the time reinstatement is requested, or the employee is within the category of employees where restoration would cause substantial and grievous economic injury to the Board of Education), employees who request reinstatement following: (a) timely and approved return from the end of authorized FMLA leave, and (b) approval of an employee's fitness-to-return to duty certification (as discussed in Section XI below) are entitled to be reinstated to their original job with the School System or to an equivalent job with equivalent pay, benefits and other terms and conditions of employment.

Nothing in this regulation, however, shall be construed to entitle any employee to accrue any seniority or employment benefits during any period of leave.  In addition, employees are not entitled to and do not accrue any greater rights, benefits, or conditions of employment other than that to which they would have been entitled had they not taken FMLA leave.

For example, if an employee is on authorized FMLA leave but, during such time, is selected for non-renewal or layoff/reduction or otherwise would have been subject to discipline/termination, the prior granting of FMLA leave shall not prevent or delay such non-renewal, layoff, or other non-FMLA leave related personnel action.

In addition, nothing in this regulation shall be construed to entitled an employee to reinstatement following any leave granted above and beyond any applicable, authorized FMLA leave period (e.g., short or long-term disability leave), except as otherwise required by state or federal law, Board policy or administrative regulation.

## IX. Maintenance of Other Benefits

In order to be able to restore any benefits (other than group health benefits paid by the Board of Education) provided by insurance to the employee upon the employee's return from leave without the employee having to requalify for such benefits, the Board of Education may find it necessary to pay for such insurance during the unpaid leave period to avoid a lapse of coverage.  This includes payment for the employee paid portion of insurance premiums.  The Board of Education, however,

generally shall be entitled to recover any such payments to maintain coverage of benefits during the employee's unpaid leave, whether or not the employee returns from FMLA leave.

GMBOE 0532

## X. Notice and Reporting by Employee

Employees desiring FMLA leave must give **at least thirty (30) days notice**, whenever practicable, to the School System of the need for leave as set forth in more detail in Sections XI and XII below. Moreover, whenever leave is based on planned medical treatment, whether for an immediate family member or the employee, the employee should schedule the treatment so as not to unduly disrupt the operations of the Board of Education and the students that it serves, whenever practicable.

An employee on FMLA leave will be required to report to his or her immediate supervisor <u>and</u> the employee's applicable Benefits representative every thirty (30) days concerning on his or her status and intention to return to work.  Employees should also immediately advise their immediate supervisor <u>and</u> the Benefits Section of the Human Resources Department if and when they decide unequivocally not to return to work.

**If an employee fails to give thirty days notice for foreseeable leave with no reasonable excuse for the delay, the School System may deny the taking of the FMLA leave until at least thirty days after the date the employee provides notice to the School System of the need for leave.**
In addition, if an instructional employee (as defined above) does not give required notice of foreseeable FMLA leave to be taken intermittently or on a reduced schedule, the School System may require the employee to take leave of a particular duration, or to transfer temporarily to an alternative position.  Alternatively, the School System may require the employee to delay the taking of such requested leave until his or her notice requirements have been met.

## XI. Certifications

Employees seeking to use FMLA leave may be required to provide:

- Medical certifications supporting the need for leave due to pregnancy or a serious health condition affecting the employee or the employee's immediate family member.  This certification must be provided by the employee no later than fifteen calendar days after request by the School System;
- Second or third medical opinions (at the Board of Education's election and expense);
- Medical recertifications at the request of the School System at reasonable intervals, but not more often than every thirty days unless certain conditions exist, as prescribed in the FMLA; and
- Certification of fitness-for-duty prior to returning to work from an absence related to an employee's own serious health condition.

If an employee fails to provide in a timely manner the requested medical certifications, the School System may deny FMLA leave until the employee submits the necessary certifications. In addition, if an employee fails to provide requested fitness-for-duty certification required for return to work, the School System may deny job restoration until the employee submits such certification.  Continued failure to submit to requested second or third medical opinion examinations or to provide required certifications also may result in disciplinary action, up to and including discharge.

## XII. Procedure for Requesting Leave.

Employees desiring family or medical leave should contact their principal (for school-based personnel) or their immediate supervisor (for all other personnel) **at least thirty (30) days prior to taking requested leave, whenever practicable.**  The Board of Education will then require all employees seeking such leave to complete a FMLA Leave Request Form.  In addition, for requested leave due to pregnancy or a serious health condition affecting the employee or the employee's immediate family member, employees will also be required to obtain and return a FMLA Healthcare Provider Certification Form in a timely manner as set forth below.

The FMLA Healthcare Provider Certification Form must be completed by the employee's healthcare provider or that of the employee's immediate family member, as applicable.

Case 3:21-cv-00263-FDW-DCK   Document 24   Filed 05/02/22   Page 74 of 85

CMBOE 0533

In addition, the FMLA Leave Request Form and the FMLA Healthcare Provider Certification Form, along with any other required certifications, must be completed and returned to an employee's principal/supervisor in advance of any requested leave within the notice guidelines set forth in Section X above, if leave is foreseeable, **and in any event no later than 15 calendar after receipt of the appropriate medical certification materials from the School System**. Such materials will be reviewed by an employee's principal/supervisor and/or the Benefits Section of the Human Resources Department, and the School System will notify the employee prior to leave whether leave will be granted as requested.

The Board of Education also recognizes that emergency and other last minute situations may arise where providing appropriate notice may be problematic or logistically impossible. In such situations, the employee should contact his or her principal (for school-based personnel), immediate supervisor (for all other personnel) or the Human Resources Department as soon as he or she becomes aware of the need for leave. If the employee is unavailable to report the need for leave because of his or her serious health condition, the employee's family member, friend or physician should contact Human Resources regarding the employee's current status. Human Resources will then make arrangements to work with the employee to evaluate and grant FMLA leave, as appropriate.

Where an employee requests leave other than family or medical leave, and the School System learns from the employee or otherwise that the reason for the leave qualifies under the FMLA, the School System may charge this time against the employee's twelve-week FMLA leave entitlement. The designation of whether the leave qualifies under the FMLA will be made by the School System as soon as practicable after applicable personnel learn or otherwise become aware that the leave qualifies under the FMLA. If the school system only learns of the leave's qualification after the leave has begun, the School System may make the FMLA designation at that time, and the time spent on such leave will be retroactively counted against the employee's FMLA leave entitlement.

Date of Adoption: 6/10/03
Revised:
Legal Reference: 29 U.S.C. 2601 *et seq.*, 29 C.F.R. 825 *et seq.*; 115C-288(b), -302.1(j), -307(g), -317, -338; 16 NCAC 6C.0401 to 6C.0405; NCDPI Benefits Policy 3.1 to 5.1, 8.1, 8.2, and 9.2 to 9.4
Previous CMS Regulation #: none
Cross Reference: GA, GBGD, GCBD, GCC, GCCAA, GCCAB, GCCAC, GCCAI, GCDA, GCMB

Exhibit E



# CMBOE 0536

| | |
|---|---|
| Book | Policy |
| Section | G. PERSONNEL |
| Title | Policy Code: GCCAF Unpaid Leave of Absence |
| Code | GCCAF |
| Status | Active |
| Adopted | June 25, 2013 |

## I. Purpose

The Charlotte-Mecklenburg Board of Education ("Board") recognizes that its employees' health and personal welfare may require the occasional need for an unpaid leave of absence. The Board believes that in limited situations, unpaid leave of absence is a recognized and desirable personnel practice that is beneficial to the school system as well as to its employees.

## II. Appropriate Uses for an Unpaid Leave of Absence

If an employee is unable to return to work: 1) after exhausting all available and appropriate accrued paid and unpaid leave (e.g., Family and Medical Leave, see Policy GCCAK); and 2) all statutory leave (e.g., Workers' Compensation, Short-Term Disability) has expired, the employee may be entitled to an additional unpaid leave of absence if it is medically necessary and supported by a physician's certification or the employee demonstrates an extraordinary need for the unpaid leave of absence and such need is supported by appropriate evidence.

The amount of leave shall be determined on a case by case basis. An employee's failure to return to work at the end of an approved unpaid leave of absence shall be grounds for employment termination.
During a period of unpaid leave, the employee shall be responsible for the full financial cost of his/her healthcare insurance premium. Failure to pay premium costs within thirty (30) days of the billing date may result in the cancellation of the employee's insurance policy.

Upon returning from an unpaid leave of absence, an employee shall be guaranteed the same or equivalent job although the position may be located at a different job site.
The Superintendent may also determine when the leave will begin or end, based on a consideration of the welfare of the students and the employee and the need for continuity of service.

## III. Notice

Prior to the expiration of any paid, unpaid and statutory leave, the employee shall receive written notification stating when his/her leave expires and the required date to return to work. Within ten (10) calendar days receipt of the notification, if employee intends to request an unpaid leave of absence, the employee shall provide a written request with appropriate documentary evidence to the Benefits Section of the CMS Human Resources Department. Absent unusual or extraordinary circumstance, failure to provide a written request with

GMB OE 0537

appropriate documentary evidence in a timely manner shall result in a denial of the leave of absence.

The Superintendent or his/her designee shall make any final approval for any request for unpaid leave of absence and provide written notification to the employee of his/her decision.

## IV. Outside Employment/Falsification of Records

The District may deny unpaid leave benefits to an employee who engages in self-employment or employment for any employer while on continuous leave if the employee fraudulently obtained unpaid leave benefits. Falsification of records and failure to correct records known to be false are violations of these regulations and will result in discipline, which may include termination from employment.

Date of Adoption: 6/25/13
Revised:
Legal Reference: 42 USC § 12101 *et seq*.; NC Public Schools Benefits and Employment Policy Manual
Cross Reference: GA, GCBD, GCC, GCCAK, GCCAK-R, GCMB, GCQG, GCR

# Absentee Report

| Date Range: 8/16/2018 - 5/24/2019 | Report Date:  5/24/2019 |
|---|---|
| Username:  White, Marie | Fill Status:  Filled, Unfilled, Sub Not Needed |
| Type:  Absences | School(s):  Westerly Hills Acad |
| Employee(s):  Greene, Jasmine | Employee Type(s):  All Employee Types |
| Substitute(s):  All Substitutes | Absence Reason(s):  All Absence Reasons |
| Vacancy Profile(s):  All Vacancy Profiles | Vacancy Reason(s):  All Vacancy Reasons |



## (52) Absentee Report

### 9/11/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 9/11/2018 | 320315741 Absence | Greene, Jasmine Teacher  K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | Sick, Personal | Half Day PM | Yasmine Brown |

**Total Absences: 1**

### 9/26/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 9/26/2018 | 320315854 Absence | Greene, Jasmine Teacher  K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Martha Caldwell |

**Total Absences: 1**

### 10/1/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 10/1/2018 | 320313972 Absence | Greene, Jasmine Teacher  K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Belle Anita Dunn |

**Total Absences: 1**

### 10/8/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 10/8/2018 | 325653222 Absence | Greene, Jasmine Teacher  K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | PERS LEAVE NO DEDUCT, NON-PROTECTED TEACHER WORKDAY ONLY | Half Day PM | |

**Total Absences: 1**

### 10/16/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 10/16/2018 | 326987724 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Perry Barber |

**Total Absences: 1**

### 10/26/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 10/26/2018 | 327181102 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Joyce Laney |

**Total Absences: 1**

### 11/2/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 11/2/2018 | 330587160 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | PERS LEAVE NO DEDUCT, NON-PROTECTED TEACHER WORKDAY ONLY | Half Day PM | Willie Mackey |

**Total Absences: 1**

### 11/7/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 11/7/2018 | 330587334 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | PERS LEAVE NO DEDUCT, NON-PROTECTED TEACHER WORKDAY ONLY | Half Day PM | Tanisha Howell |

**Total Absences: 1**

### 11/20/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 11/20/2018 | 330587451 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | PERS LEAVE NO DEDUCT, NON-PROTECTED TEACHER WORKDAY ONLY | Half Day PM | Martha Caldwell |

**Total Absences: 1**

### 12/4/2018

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 12/4/2018 | 336165844 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | PERS LEAVE NO DEDUCT, NON-PROTECTED TEACHER WORKDAY ONLY | Half Day PM | Donna Armbrister |

**Total Absences: 1**

**12/7/2018**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 12/7/2018 | 336165893 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | PERS LEAVE NO DEDUCT, NON-PROTECTED TEACHER WORKDAY ONLY | Half Day PM | |

**Total Absences: 1**

**12/18/2018**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 12/18/2018 | 338940944 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Pers Leave $50 Ded | Full Day | |

**Total Absences: 1**

**1/4/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/4/2019 | 340107739 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | PERS LEAVE NO DEDUCT, NON-PROTECTED TEACHER WORKDAY ONLY | Full Day | Timothy Dixon |

**Total Absences: 1**

**1/7/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/7/2019 | 340107662 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 11:30 AM | Sick, Personal | Half Day AM | Dorthea Wade |
| 1/7/2019 | 340398257 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 11:30 AM - 03:30 PM | Sick, Personal | Half Day PM | Dorthea Wade |

**Total Absences: 2**

**1/8/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/8/2019 | 340759329 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | |

**Total Absences: 1**

**1/9/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/9/2019 | 340990067 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Ellen Clay |

**Total Absences: 1**

**1/10/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/10/2019 | 341124760 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Timothy Dixon |

**Total Absences: 1**

### 1/11/2019

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/11/2019 | 341124760 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Timothy Dixon |

**Total Absences: 1**

### 1/14/2019

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/14/2019 | 341825690 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Timothy Dixon |

**Total Absences: 1**

### 1/15/2019

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/15/2019 | 341825690 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Timothy Dixon |

**Total Absences: 1**

### 1/16/2019

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/16/2019 | 341825690 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Timothy Dixon |

**Total Absences: 1**

### 1/17/2019

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/17/2019 | 341825690 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Timothy Dixon |

**Total Absences: 1**

### 1/18/2019

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/18/2019 | 341825690 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Timothy Dixon |

**Total Absences: 1**

### 1/23/2019

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 1/23/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**1/24/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/24/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**1/25/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/25/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**1/28/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/28/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**1/29/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/29/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**1/30/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/30/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**1/31/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 1/31/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**2/1/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 2/1/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**2/4/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 2/4/2019 | 343222457 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Melvin Jones Jr. |

**Total Absences: 1**

**2/14/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 2/14/2019 | 348615815<br>Absence | Greene, Jasmine<br>Teacher K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 11:30 AM - 03:30 PM | Sick,<br>Personal | Half Day PM | Ronnie Yates |

**Total Absences: 1**

**2/21/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 2/21/2019 | 349979688<br>Absence | Greene, Jasmine<br>Teacher  K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 11:30 AM - 03:30 PM | Sick,<br>Personal | Half Day PM | Substitute Not<br>Needed |

**Total Absences: 1**

**2/28/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 2/28/2019 | 350023044<br>Absence | Greene, Jasmine<br>Teacher K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 11:30 AM - 03:30 PM | Sick,<br>Personal | Half Day PM | Jerrin Kollick |

**Total Absences: 1**

**3/7/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 3/7/2019 | 350023274<br>Absence | Greene, Jasmine<br>Teacher K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 11:30 AM - 03:30 PM | Sick,<br>Personal | Half Day PM | Jerrin Kollick |

**Total Absences: 1**

**3/12/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 3/12/2019 | 353972407<br>Absence | Greene, Jasmine<br>Teacher K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 11:30 AM - 03:30 PM | Sick,<br>Personal | Half Day PM | Bradford Allen |

**Total Absences: 1**

**3/19/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 3/19/2019 | 353972509<br>Absence | Greene, Jasmine<br>Teacher K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 11:30 AM - 03:30 PM | Sick,<br>Personal | Half Day PM | Mona Wesley |

**Total Absences: 1**

**3/22/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 3/22/2019 | 356135704<br>Absence | Greene, Jasmine<br>Teacher K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 07:30 AM - 03:30 PM | Sick,<br>Personal | Full Day | |

**Total Absences: 1**

**3/26/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|---|---|---|---|---|---|---|
| 3/26/2019 | 353972946<br>Absence | Greene, Jasmine<br>Teacher K-6<br>TEACHER | Westerly Hills Acad<br>Emp: 11:30 AM - 03:30 PM | Sick,<br>Personal | Half Day PM | Stephanie Terry |

**Total Absences: 1**

**3/28/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 3/28/2019 | 357233882 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | |

**Total Absences: 1**

**3/29/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 3/29/2019 | 357233872 Absence | Greene, Jasmine Teacher  K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | |

**Total Absences: 1**

**4/1/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 4/1/2019 | 357744953 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Bradford Allen |

**Total Absences: 1**

**4/2/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 4/2/2019 | 357745019 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Carol Edwards |

**Total Absences: 1**

**4/24/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 4/24/2019 | 362192771 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Irene Smith |

**Total Absences: 1**

**4/25/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 4/25/2019 | 362450110 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 11:30 AM | Sick, Personal | Half Day AM | |

**Total Absences: 1**

**5/20/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 5/20/2019 | 367398192 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | |

**Total Absences: 1**

**5/21/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 5/21/2019 | 367390875 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Carol Edwards |

**Total Absences: 1**

**5/22/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 5/22/2019 | 367819500 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Odishi Scott |

**Total Absences: 1**

**5/23/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 5/23/2019 | 368021074 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Sick, Personal | Full Day | Trinity Williams |

**Total Absences: 1**

**5/24/2019**

| Date | Conf. # | Name | School | Reason | Duration | Substitute |
|------|---------|------|--------|--------|----------|------------|
| 5/24/2019 | 368035314 Absence | Greene, Jasmine Teacher K-6 TEACHER | Westerly Hills Acad Emp: 07:30 AM - 03:30 PM | Annual Leave | Full Day | Trinity Williams |

**Total Absences: 1**